UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
STATE OF NEW YORK, et al.,                        :
                                                  :
                  Plaintiffs,       :     C.A. No. 25-cv-1144 (JAV)
                                                  :
   - against -                                   :     **NOTICE OF APPEARANCE**
                                                  :
DONALD J. TRUMP, IN HIS OFFICIAL                  :
CAPACITY AS PRESIDENT OF THE UNITED               :
STATES, *et al.*,                                 :
                                                  :
                  Defendants.       :
------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in this action on behalf of Plaintiff State of New York. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
       February 8, 2025

                                        LETITIA JAMES
                                        Attorney General
                                        State of New York

                                        By:  */s/ Andrew Amer*
                                        Andrew Amer
                                        Special Counsel
                                        28 Liberty Street
                                        New York, NY  10005
                                        (212) 416-6127
                                        andrew.amer@ag.ny.gov

                                        *Attorney for Plaintiff State of New York*

TO:    All counsel of record (via ECF)