UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK *et al.*,<br><br>       Plaintiffs,<br><br>  - v. -<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>       Defendants. | No. 25 Civ. 1144 (JAV)<br><br>NOTICE OF APPEARANCE |

TO: Clerk of Court
   United States District Court
   Southern District of New York

  The undersigned attorney respectfully requests that the Clerk note his appearance in this case as counsel for Defendants and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date: New York, New York
    February 8, 2025

                 Respectfully submitted,

                 DANIELLE R. SASSOON
                 United States Attorney for the
                 Southern District of New York

         By:  /s/ Jeffrey Oestericher
             JEFFREY OESTERICHER
             Assistant United States Attorney
             86 Chambers Street, 3rd Floor
             New York, New York 10007
             Telephone: (212) 637-2695
             Facsimile: (212) 637-0033
             Email: Jeffrey.Oestericher@usdoj.gov