## CERTIFICATE OF SERVICE

COLLEEN K. FAHERTY, an attorney admitted to practice in the courts of the State of New York, certifies as follows:

I am an attorney licensed to practice in the State of New York, and am Special Trial Counsel in the office of Letitia James, Attorney General of the State of New York. I am over 18 years of age and not a party to this action.

I served copies of the following papers:

1. Order, dated February 8, 2025, signed by Judge Paul A. Engelmayer, concerning Plaintiffs' application for a temporary restraining order (available at SDNY ECF No. 25-cv-1144 at D.E. 6);
2. Complaint;
3. Plaintiffs' Proposed Order to Show Cause Seeking a TRO;
4. Plaintiffs' Memorandum of Law in Support of Motion for a TRO; and
5. Affirmation of Colleen K. Faherty, dated Feb. 7, 2025

on the following person(s) at the following addresses on the respective dates:

1. Jeffrey Oestericher, government counsel, at his government email address, Jeffrey.Oestericher@usdoj.gov, on February 8, 2025 at 1:04 a.m. (ET), via electronic submission;

2. Bradley Humphrees, government counsel, at his government email address, Bradley.Humphreys@usdoj.gov, on February 8, 2025 at 1:04 a.m. (ET), via electronic submission

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2025
New York, New York

                                                                  /s/
                                    Colleen K. Faherty, Special Trial Counsel