UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                    Plaintiffs,<br>          v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY *et al.*,<br><br>                    Defendants. | No. 25 Civ. 1144 (JAV)<br><br>**NOTICE OF EMERGENCY MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Emergency Motion to Dissolve, Clarify, or Modify *Ex Parte* Temporary Restraining Order, dated February 9, 2025, and the Declaration of Thomas H. Krause, dated February 9, 2025, Defendants Donald J. Trump, in his official capacity as President of the United States, the United States Department of the Treasury, and Scott Bessent, in his official capacity as Secretary of the United States Department of the Treasury, by their attorney, Danielle R. Sassoon, United States Attorney for the Southern District of New York, hereby move this Court before the Honorable Jeannette A. Vargas, United States District Judge, on February 11, 2025, or as soon thereafter as they may be heard, for an Order, pursuant to Federal Rule of Civil Procedure 65(b)(4), dissolving, clarifying, or modifying the *ex parte* Temporary Restraining Order entered in this matter on February 8, 2025, to remedy its constitutional infirmities and overbreadth.

Dated: February 9, 2025
New York, New York

| | |
|---|---|
| BRETT A. SHUMATE<br>Acting Assistant Attorney General<br>Civil Division<br><br>JOHN R. GRIFFITHS<br>Director<br>Federal Programs Branch<br><br>*/s/ Bradley P. Humphreys*<br>BRADLEY P. HUMPHREYS<br>(D.C. Bar No. 988057)<br>Senior Trial Counsel<br>Federal Programs Branch<br>Civil Division, Department of Justice<br>1100 L Street NW<br>Washington, DC 20005<br>Telephone: (202) 305-0878<br>Bradley.Humphreys@usdoj.gov | DANIELLE R. SASSOON<br>United States Attorney for the<br>Southern District of New York<br>*Attorney for Defendants*<br><br>/s/ Jeffrey Oestericher<br>JEFFREY S. OESTERICHER<br>REBECCA S. TINIO<br>Assistant United States Attorneys<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Telephone: (212) 637-2695/2774<br>E-mail: jeffrey.oestericher@usdoj.gov<br>rebecca.tinio@usdoj.gov |