UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STATE OF NEW YORK, et al.,

                Plaintiffs,                25-CV-01144 (JAV)

      -v-                                                ORDER

DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,

                Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        All parties are hereby notified that the undersigned served as an Assistant United States Attorney in the U.S. Attorney's Office for the Southern District of New York from October 2002 through November 2024. The undersigned was Chief of the Tax and Bankruptcy Unit in that Office from 2010 to 2014 and Senior Trial Counsel from 2014 to 2016. The undersigned also served as Deputy Chief in the Civil Division from 2016 to 2024, during which time Jeffrey Oestericher, counsel for Defendants in the above-captioned matter, was Chief of the Civil Division and my direct supervisor, and Rebecca Tinio, also counsel for Defendants, was a colleague.

        In addition to being former colleagues, the undersigned also maintains a social friendship with Ms. Tinio, which has in the past included dinners, social gatherings, and a vacation. During the pendency of Ms. Tinio's representation of Defendants in this matter, the undersigned will have no social contact with Ms. Tinio.

        The undersigned has no particular or confidential knowledge about the events discussed in the Complaint, and thus sees no basis for recusal at this time. However, if any party wishes to move for recusal, has additional information that may bear on recusal, or wishes to discuss the

question of recusal with the Court at a hearing scheduled for February 14, 2025, they should file an appropriate letter on ECF no later than **noon on February 12, 2025**.

SO ORDERED.

Dated: February 10, 2025
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2