UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
STATE OF NEW YORK, et al.,

                Plaintiffs,

      - against -

DONALD J. TRUMP, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF THE UNITED
STATES, *et al.*,

                Defendants.
------------------------------------------------------------ X

C.A. No. 25-cv-1144 (JAV)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned hereby appears in this action on behalf of Plaintiff State of New Jersey. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: Newark, New Jersey
        February 10, 2025

                          MATTHEW J. PLATKIN
                          ATTORNEY GENERAL OF NEW JERSEY

                              */s/ Kashif T. Chand*
                          By:_____

                          Kashif T. Chand
                          Chief, Data Privacy & Cybersecurity
                          Division of Law | Department of Law and Public Safety
                          124 Halsey Street, Fifth Floor
                          P.O. Box 45029, Newark, NJ 07101
                          (609) 696-5160
                          kashif.chand@law.njoag.gov

                          *Attorney for Plaintiff State of New Jersey*

TO: All counsel of record (via ECF)