AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

State of New York et al. )
*Plaintiff* )
v. ) Case No. 25 Civ. 1144
Donald J. Trump et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Illinois .

Date: 02/10/2025

/s/ Darren Kinkead
*Attorney's signature*

Darren Kinkead, IL 6304847, NY 4765319
*Printed name and bar number*

Office of the Attorney General of Illinois
115 South LaSalle Street
Chicago, IL 60603
*Address*

Darren.Kinkead@ilag.gov
*E-mail address*

(773) 590-6967
*Telephone number*

*FAX number*