UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

New York et al.,

        Plaintiff(s),

v.

Donald J. Trump et al.,

        Defendant(s).

1:25-cv-01144-JAV

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, __Shannon Stevenson__, being duly sworn, hereby depose and say as follows:

1. I am the __Solicitor General__ with the law firm of __Colorado Department of Law__.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Colorado.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 35542
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:25-cv-01144-JAV for plaintiff State of Colorado.

Date 2/10/25

Signature of Movant
Firm Name Colorado Department of Law
Address Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Email shannon.stevenson@coag.gov
Phone (720) 508-6000

**State of Colorado**
**City and County of Denver**

Signed and sworn to before me on this 10th day of February, 2025 by Shannon Stevenson.

Notary Public
My commission expires 12/12/2028

ALEXANDER MORGAN MILLER
Notary Public
State of Colorado
Notary ID # 20244045446
My Commission Expires 12-12-2028