

**STATE OF COLORADO,** ss:

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**SHANNON WELLS STEVENSON**

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __26th__ day of __May__ A.D. __2004__ and that at the date hereof the said __**SHANNON WELLS STEVENSON**__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __24th__ day of __**January**__ A.D. __**2025**__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk