UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

New York et al.,

      Plaintiff,

  -against-

Donald J. Trump et al.,

      Defendant.

25 cv 01144 (JAV)

ORDER FOR ADMISSION
PRO HAC VICE

  The motion of __Shannon Stevenson__, for admission to practice Pro Hac Vice in the above captioned action is granted.

  Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Colorado__; and that his/her contact information is as follows (please print):

  Applicant's Name: __Shannon Stevenson__

  Firm Name: __Colorado Department of Law__

  Address: __1300 Broadway, 10th Floor__

  City / State / Zip: __Denver, CO 80203__

  Telephone / Fax: __(720) 508-6000__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Plaintiff State of Colorado__ in the above entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                _____
                United States District / Magistrate Judge