UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WISCONSIN,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY,<br><br>        Defendants. | C.A. No. ___25-cv-001144___<br><br>**MOTION FOR ADMISSION**<br>*PRO HAC VICE* |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Daniel P. Mosteller hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Plaintiff State of North Carolina in the above-captioned action.

      I am in good standing of the bar of the State of North Carolina and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of

a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:   February 10, 2025

By:  */s/ Daniel P. Mosteller*
Daniel P. Mosteller, Associate Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton Street
P.O. Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6000
Email:  dmosteller@ncdoj.gov

*Attorney for Plaintiff the State of North Carolina*