UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY, <br><br> Defendants. | C.A. No.  25-cv-001144 <br><br> **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Daniel P. Mosteller, hereby declare as follows:

1. I am an attorney licensed by the State of North Carolina. I am employed as Associate Deputy Attorney General with the North Carolina Department of Justice and serve as lead counsel of record for Plaintiff State of North Carolina in this matter.

2. I submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-captioned matter of behalf of Plaintiff State of North Carolina.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the bar of the State of North Carolina.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission by any court.

7. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate Pro Hac Vice in this one case for the Plaintiff State of North Carolina.

Date: February 10, 2025

**NOTARIZED**

MIRANDA G WINSTEAD
NOTARY PUBLIC
FRANKLIN County, NC
My Commission Expires JANUARY 12, 2027

Signature of Movant: _____
Daniel P. Mosteller
Associate Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton Street
P.O. Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6026
Email: dmosteller@ncdoj.gov

*Attorney for Plaintiff the State of North Carolina*