UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

New York et al.,

                Plaintiff,

-against-

Donald J. Trump et al.,

                Defendant.

25 cv 01144 (JAV)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of **Shannon Stevenson**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **Colorado**; and that his/her contact information is as follows (please print):

Applicant's Name: **Shannon Stevenson**

Firm Name: **Colorado Department of Law**

Address: **1300 Broadway, 10th Floor**

City / State / Zip: **Denver, CO 80203**

Telephone / Fax: **(720) 508-6000**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Plaintiff State of Colorado** in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: **February 10, 2025**

_/s/ Jeannette Vargas_

United States District / ~~Magistrate~~ Judge

Hon. Jeannette A. Vargas