

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

February 10, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *State of New York* et al. *v. Trump* et al., No. 25 Civ. 1144 (JAV)

Dear Judge Vargas:

  This Office represents the defendants in the above-captioned matter, in which defendants' response to an Order to Show Cause issued by the Court is due on October 11, 2025, at 5 p.m. ECF No. 6. We write respectfully to request a 3500-word enlargement of the word count limitation set forth in Local Civil Rule 7.1(c), for a total allowed word count of 12,250. While defendants will endeavor to be as efficient as possible in their response, we request this enlargement in order to be able to properly address the several claims in this matter, arising under both the Constitution and the Administrative Procedure Act, and to set forth the facts that we believe will be necessary and helpful to the Court's consideration of the issues presented. Plaintiffs' counsel kindly do not object to this request.

  We thank the Court for its consideration of this request.

2

        Respectfully,

        DANIELLE R. SASSOON
        United States Attorney for the
        Southern District of New York
        *Attorney for Defendants*

By:  /s/ Jeffrey S. Oestericher__     _
       JEFFREY S. OESTERICHER
       REBECCA S. TINIO
       Assistant United States Attorneys
       86 Chambers Street, Third Floor
       New York, NY 10007
       Tel.: (212) 637-2695/2774
       E-mail:  jeffrey.oestericher@usdoj.gov
                rebecca.tinio@usdoj.gov