# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK; STATE OF ARIZONA,
STATE OF CALIFORNIA, STATE OF
COLORADO, STATE OF CONNECTICUT,
STATE OF DELAWARE, STATE OF HAWAII,
STATE OF ILLINOIS, STATE OF MAINE,
STATE OF MARYLAND, COMMONWEALTH
OF MASSACHUSETTS, STATE OF
MINNESOTA, STATE OF NEVADA, STATE OF
NEW JERSEY,  STATE OF NORTH CAROLINA,
STATE OF OREGON, STATE OF RHODE
ISLAND, STATE OF VERMONT, and STATE OF
WISCONSIN,

               Plaintiffs,

    v.

DONALD J. TRUMP, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF THE UNITED
STATES; U.S. DEPARTMENT OF THE
TREASURY; and SCOTT BESSENT, IN HIS
OFFICIAL CAPACITY AS SECRETARY OF U.S.
DEPARTMENT OF THE TREASURY,

               Defendants.

C.A. No. _____25-cv-01144_____

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE***

I, Elizabeth Kramer, being duly sworn, hereby depose and say as follows:

1. I am Solicitor General of the State of Minnesota, with the Office of Minnesota Attorney General Keith Ellison.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Minnesota.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York for Plaintiff State of Minnesota.

Date: 2.11.25

**NOTARIZED**

Signature of Movant: 
Office of Minnesota Attorney General
445 Minnesota St., Ste. 600
liz.kramer@ag.state.mn.us
(651) 757-1010

PAMELA JEAN HEWITT
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2027