AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

The State of New York, et al., )
*Plaintiff* )
v. ) Case No. 1:25-cv-01144
Donald J. Trump, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Commonwealth of Massachusetts.

Date:  02/11/2025

/s/ Katherine B. Dirks
*Attorney's signature*

Katherine B. Dirks, MA# 673674, NY# 5065982
*Printed name and bar number*
1 Ashburton Pl., 20th Floor
Boston, MA 02108

*Address*

katherine.dirks@mass.gov
*E-mail address*

(617) 963-2277
*Telephone number*

*FAX number*