# UNITED STATES DISTRICT COURT
for the

| State of New York, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25 Civ. 1144 |
| Donald J. Trump, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of New York

Date: 02/08/2024

/s/ Rabia Muqaddam
*Attorney's signature*

Rabia Muqaddam (NYB # 5319413)
*Printed name and bar number*
New York Office of the Attorney General
28 Liberty St.
Fl. 23
NY, NY 10005
*Address*

rabia.muqaddam@ag.ny.gov
*E-mail address*

(212) 416-8883
*Telephone number*

N/A
*FAX number*