UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY,<br><br>Defendants. | C.A. No. ____25-cv-01144____<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, David D. Day, being duly sworn, hereby depose and say as follows:

1. I am the Special Assistant to the Attorney General of the State of Hawaii and serve as counsel for the Plaintiff, State of Hawaii in this matter.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter on behalf of the State of Hawaii.

3.    As shown in the Certificate of Good Standing, dated January 28, 2025, attached hereto, I am a member in good standing of the bar of the State of Hawaii.

4.    There are no pending disciplinary proceedings against me in any state or federal court.

5.    I have never been convicted of a felony.

6.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.    Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this case for the Plaintiff State of Hawaii.

Date: 2/10/2025

Signature of Movant:

David D. Day
Special Assistant to the Attorney General
Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Email: david.d.day@hawaii.gov
Telephone: (808) 586-1284

Attorney for Plaintiff State of Hawaii



Sworn to before me and subscribed in my presence this 10TH day of February 2025.

*Saree Kalani*
Notary Public, State of Hawai'i
Print Name: SAREE KALANI
My commission expires: 9/18/2028

**NOTARY PUBLIC CERTIFICATION**
Saree Kalani    Judicial First Circuit
Doc. Description: AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE STATE OF NY VS. DONALD J. TRUMP 25-CV-01144
No. of Pages: 2    Date of Doc 2/10/25
*Saree Kalani*    2/10/25
Notary Signature    Date