# IN THE SUPREME COURT OF HAWAI'I

In the Matter of

**DAVID DANA DAY**

................................................................

Attorney at Law.

## CERTIFICATE OF STANDING

I, Kristy T. Uemura, clerk of the Supreme Court of the State of Hawai'i, do hereby certify that **David Dana Day** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on November 10, 2010. This attorney's current status is active and they are presently in good standing.

DATED:   Honolulu, Hawai'i, January 28, 2025.

................................................................
Clerk, Supreme Court of Hawai'i

EXHIBIT A