UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY, <br><br> Defendants. <br><br> Defendants. | C.A. No. __25-cv-01144__ <br><br> **ORDER FOR ADMISSION** <br> *PRO HAC VICE* |

**ORDER FOR ADMISSION** *PRO HAC VICE*

The motion of David D. Day, for admission to practice Pro Hac Vice in the above captioned action is granted.

Movant has declared that he is a member in good standing of the bar of the state of Hawaii; and that his contact information is as follows:

David D. Day
Special Assistant to the Attorney General
Department of the Attorney General
State of Hawaii

425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1284
Email: david.d.day@hawaii.gov

Movant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiff State of Hawaii in the above entitled action;

IT IS HEREBY ORDERED that Movant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____         _____
                                         United States District/ Magistrate Judge