

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

---

February 12, 2025

<u>By NYSCEF</u>

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *State of New York, et al. v. Donald J. Trump, et al.*, Case No. 25-cv-1144 (JAV)(GS)

Dear Judge Vargas:

    I represent the State of New York in the above-referenced action. I write with respect to Plaintiffs' reply on their motion for a preliminary injunction due at 5 p.m. on February 13, 2025 (ECF No. 6) to respectfully request on behalf of Plaintiffs a 1,500-word enlargement of the word count limit set forth in Local Civil Rule 7.1(c), for a total word count of 5,000. While Plaintiffs will make every effort to set forth their arguments in the reply as succinctly and efficiently as possible, we anticipate needing the requested enlargement in order to adequately address all of the legal arguments presented in Defendants' 37-page memorandum of law and the factual assertions (of a mostly technical nature) in the four declarations, all filed yesterday (ECF Nos. 31-35). Defendants do not objection to this request.

    Thank you for your attention to this matter.

                                      Respectfully,

                                      /s/ Andrew Amer
                                      Andrew Amer
                                      Special Counsel
                                      Andrew.amer@ag.ny.gov
                                      (212) 416-6127

cc:    Counsel of Record (via ECF)