UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
            :
STATE OF NEW YORK, et al.,                    :

                          Plaintiffs,           :           25-CV-01144 (JAV)

            -v-                              :           <u>ORDER</u>

DONALD J. TRUMP, *in his official capacity as*  :
*President of the United States*, et al.,            :

                       Defendants.      :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

     Ian R. Liston, Director of Impact Litigation, Delaware Department of Justice, has appeared as counsel for the State of Delaware in the above-captioned matter. The parties are hereby notified that the undersigned and Mr. Liston were classmates at Harvard College in the 1990s. The undersigned has maintained a social friendship with Mr. Liston since that time, which has in the past included dinners, social gatherings, and vacations. During the pendency of Mr. Liston's representation of the State of Delaware in this matter, the undersigned will have no social contact with Mr. Liston.

     As set forth in the Court's prior Order (ECF No. 15), the undersigned has no particular or confidential knowledge about the events discussed in the Complaint, and thus sees no basis for recusal at this time. However, if any party wishes to move for recusal, has additional information that may bear on recusal, or wishes to discuss the question of recusal with the Court at the hearing scheduled for February 14, 2025, they should file an appropriate letter on ECF. In

light of this additional disclosure, the deadline for the submission of such letter is extended to **6:00 p.m. on February 12, 2025**.

    SO ORDERED.

Dated: February 12, 2025
       New York, New York

                                    JEANNETTE A. VARGAS
                                    United States District Judge