UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
STATE OF NEW YORK, et al.,               :
                                         :
                        Plaintiffs,      :
                                         :     C.A. No. 25-cv-1144 (JAV)
          - against -                    :
                                         :     **NOTICE OF APPEARANCE**
DONALD J. TRUMP, IN HIS OFFICIAL         :
CAPACITY AS PRESIDENT OF THE UNITED      :
STATES, *et al.*,                        :
                                         :
                        Defendants.      :
------------------------------------------------------------ X

    PLEASE TAKE NOTICE that the undersigned hereby appears in this action on behalf of Plaintiff State of New Jersey. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: Newark, New Jersey
       February 10, 2025

                  MATTHEW J. PLATKIN
                  ATTORNEY GENERAL OF NEW JERSEY

                        */s/ David Leit*
                By:_____

                David Leit
                Assistant Attorney General
                Division of Law | Department of Law and Public Safety
                124 Halsey Street, Fifth Floor
                P.O. Box 45029, Newark, NJ 07101
                (609) 696-5366
                david.leit@law.njoag.gov

                *Attorney for Plaintiff State of New Jersey*

TO: All counsel of record (via ECF)