# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| State of New York, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25 Civ. 1144 (JAV) |
| U.S. Department of Treasury, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 02/12/2025

/s/ Rebecca S. Tinio
*Attorney's signature*

Rebecca S. Tinio
*Printed name and bar number*
U.S. Attorney's Office
86 Chambers Street, Fl. 3
New York, NY 10007

*Address*

rebecca.tinio@usdoj.gov
*E-mail address*

(212) 637-0179
*Telephone number*

*FAX number*