# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY,  STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WISCONSIN,  Plaintiffs,  v.  DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY,  Defendants. | C.A. No.    25-cv-01144  **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** ***PRO HAC VICE*** |

I, Adam Kirschner, being duly sworn, hereby depose and say as follows:

1.  I am a Senior Assistant Attorney General with the Maryland Office of the Attorney General.

2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

1

3.  As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Illinois.

4.  There are no pending disciplinary proceedings against me in any state or federal court.

5.  I have never been convicted of a felony.

6.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.  Wherefore, your affiant respectfully submits that I be permitted to appear as counsel and advocate *pro hac vice* in this case for the Plaintiff State of Maryland.

Date: 2/12/25

Signature of Movant:

Adam D. Kirschner
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6424
akirschner@oag.state.md.us

State of Maryland
City/County of BALTIMORE.

Signed and sworn to before me on this 12th day of FEBRUARY, 20 25.

DEEPLATA GURAGAIN
Notary Public
Baltimore City
Maryland
My Commission Expires Jan. 24, 2028

Signature

My commission expires: JAN 24 2028

DEEPLATA GURAGAIN
Notary Public
Baltimore City
Maryland
My Commission Expires Jan. 24, 2028

2