UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　- against –<br><br>DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *et al.*,<br><br>　　　　　　　　　Defendants. | No. 25 Civ. 1144 (JAV)<br><br>NOTICE OF APPEARANCE |

TO: Clerk of Court
　　United States District Court
　　Southern District of New York

　　The undersigned attorney respectfully requests that the clerk not his appearance in this case as counsel for Defendants the United States Department of the Treasury and Scott Bessent in his official capacity as Secretary of the U.S. Department of the Treasury.

Date: Washington, D.C.

　　February 12, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Christopher R. Healy*
　　　　　　　　　　　　　　　　　　　　Christopher R. Healy
　　　　　　　　　　　　　　　　　　　　Senior Advisor to the General Counsel
　　　　　　　　　　　　　　　　　　　　U.S. Department of the Treasury
　　　　　　　　　　　　　　　　　　　　1500 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20220
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 622-3232
　　　　　　　　　　　　　　　　　　　　Facsimile: none
　　　　　　　　　　　　　　　　　　　　Email: Christopher.Healy@treasury.gov