UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| State of New York, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. Department of the Treasury, *et. al.*<br><br>*Defendants*. | Case No. 1:25-cv-1144-JAV |

I, Vona S. Robinson, declare under penalty of perjury:

1. I currently serve as the Deputy Assistant Commissioner for Federal Disbursement Services at the Bureau of the Fiscal Service (BFS or the Bureau). On February 11, 2025, I submitted a declaration in support of Defendants' opposition to Plaintiffs' Motion for a Preliminary Injunction.

2. I provide this declaration to make two small corrections to my declaration submitted in support of that filing.

3. First, paragraph 9 of my February 11 declaration referred to the "Bureau of Information and Security Services (ISS)," whereas it should have read "Office of Information and Security Services," as ISS is an office within BFS, and not a Bureau of the Treasury Department.

4. Second, my February 11 stated, in paragraph 14, that on "February 10, Millennium Challenge Corporation submitted an international payment request." I have since learned that the Department of Interior (DOI), Interior Business Center, which is a federal shared services provider and provides Financial Management Services among other things to

1

Federal Agencies, submitted the referenced February 10 international certified payment request on behalf of Millennium Challenge Corporation. Similarly, it was DOI, and not MCC, that requested Fiscal Service to not process the payment at approximately 2:00 p.m. that day.

5. I apologize to the Court for the inadvertent errors.

I swear upon penalty of perjury that the foregoing is true and correct.

Dated: 2/12/2025                              *Vona S. Robinson* (signature)

                                          Vona S. Robinson

                                          Deputy Assistant Commissioner – Federal Disbursement Services

                                          Bureau of the Fiscal Service

                                          U.S. Department of the Treasury