## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, *et al.*,

                 Plaintiffs,

       v.

DONALD J. TRUMP, *in his
official capacity as President of
the United States*, *et al.*,

                 Defendants.

25-CV-01144 (JAV)

---

## UNOPPOSED MOTION OF *AMICI CURIAE* FORMER TREASURY DEPARTMENT OFFICIALS FOR LEAVE TO FILE AN *AMICUS BRIEF* IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

*Amici curiae*, a group of former Treasury Department officials, respectfully request leave to file the attached proposed *amicus* brief in support of Plaintiffs' motion for a preliminary injunction (Exhibit A). *Amici* also submit a proposed order (Exhibit B). Plaintiffs have consented to the filing of this brief. Defendants have stated that they take no position on this motion. In support of this motion, *amici* state as follows:

*Amici* are ten former United States Treasury officials with substantial experience and knowledge concerning the Bureau of Fiscal Services ("BFS") payment systems at issue in this action. *Amici* have been following with great interest and concern recent public reports about efforts by the "Department of Government Efficiency" ("DOGE") to gain access to BFS payment systems.

*Amici*'s practical experience with BFS provides them with "unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to

provide." *Auto. Club of N.Y., Inc. v. Port Auth. of N.Y. & N.J.*, 2011 WL 5865296, at *2 (S.D.N.Y. Nov. 22, 2011) (quotations omitted). *Amici* have years of experience with BFS, and, as detailed further in the proposed *amicus* brief, they have an informed perspective on the unique role that BFS plays and the threats posed by Defendants' conduct. The proposed *amicus* brief will therefore assist the Court in assessing Plaintiffs' motion for a preliminary injunction. Yesterday, the District Court for the District of Columbia granted *amici* leave to file a similar brief in a similar challenge to DOGE's attempt to gain access to BFS payment systems. *See* Order, *All. for Retired Americans v. Bessent*, No. 25-cv-313 (D.D.C. Feb. 12, 2025), ECF No. 22.

## <u>CONCLUSION</u>

For the foregoing reasons, the Court should grant *amici* leave to file their proposed *amicus* brief.

Date: February 13, 2025

<div style="margin-left:40%">

Respectfully submitted,

*/s/ Gregory L. Diskant*
Gregory L. Diskant
Aron Fischer
Jacob I. Chefitz
Andrew Lief *(admission pending)*
Sean M. Lau
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
gldiskant@pbwt.com
afischer@pbwt.com
jchefitz@pbwt.com
alief@pbwt.com
slau@pbwt.com

*Counsel for Amici Curiae*

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

/s/ Gregory L. Diskant
Gregory L. Diskant
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
gldiskant@pbwt.com

*Counsel for Amici Curiae*