# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, <br><br> Defendants. | 25-CV-01144 (JAV) |

**[PROPOSED] ORDER**

Upon consideration of the Motion of *Amici* Former Treasury Department Officials for Leave to File an *Amicus* Brief, it is hereby ORDERED:

That the Motion is GRANTED;

That the Clerk shall cause the Proposed *Amicus* Brief attached to the Motion for Leave to File an *Amicus* Brief to be filed and entered on the docket in the above-captioned proceeding.

IT IS SO ORDERED.

Dated: _____        _____
                                                                                  HON. JEANNETTE A. VARGAS
                                                                                  UNITED STATES DISTRICT JUDGE