UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) Case No. 1:25-cv-01144-JAV <br> ) <br> ) |
| v. | ) <br> ) **MOTION FOR ADMISSION** |
| PRESIDENT DONALD TRUMP, *et al.*, | ) **PRO HAC VICE** <br> ) |
| Defendants. | ) <br> ) <br> ) |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David H. Thompson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Amicus Curiae THE STATE OF IOWA, in the above-captioned action.

I am a member in good standing of the bars of the State of New York and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rules 1.3 and 1.9.

Dated: February 13, 2025

Respectfully submitted,

*/s/ David H. Thompson*
David H. Thompson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9659
Facsimile: (202) 220-9601
dthompson@cooperkirk.com

*Counsel for Amicus Curiae the State of Iowa*