**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STATE OF NEW YORK, *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) Case No. 1:25-cv-01144-JAV |
|  | ) |
| v. | ) |
|  | ) **DECLARATION OF** |
| PRESIDENT DONALD TRUMP, *et al.*, | ) **DAVID H. THOMPSON** |
|  | ) |
| Defendants. | ) |

I, David H. Thompson, do hereby declare:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3. I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 13, 2025            Respectfully submitted,

*/s/ David H. Thompson*
David H. Thompson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com

*Counsel for Amicus Curiae the State of Iowa*

1