# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, *et al.*,

                          Plaintiffs,

       v.

PRESIDENT DONALD TRUMP, *et al.*,

                          Defendants.

CIVIL ACTION
25-cv-1144 (JAV)

## **[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion by the State of Iowa and 19 Other States for Leave to File Amicus Curiae Brief, it is hereby ORDERED:

That the Motion is GRANTED;

That the Clerk shall cause the Proposed Amicus Brief attached to the Motion for Leave to File an Amicus Brief to be filed and entered on the docket in the above-captioned proceeding.

IT IS SO ORDERED.

Dated: _____

                                           _____
                                         Hon. Jeannette A. Vargas