UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 1:25-cv-01144-JAV ) |
| v. | ) ) |
| PRESIDENT DONALD TRUMP, *et al.*, | ) **[PROPOSED] ORDER FOR** ) **ADMISSION PRO HAC VICE** ) |
| Defendants. | ) ) ) |

The motion of David H. Thompson for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of New York and the District of Columbia and that his contact information is as follows:

David H. Thompson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9659
Fax: (202) 220-9601
dthompson@cooperkirk.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Amicus Curiae THE STATE OF IOWA, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 14, 2024

_____
Hon. Jeannette A. Vargas, USDJ

1