

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

February 18, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

       Re:    *State of New York* et al. *v. Trump* et al., No. 25 Civ. 1144 (JAV)

Dear Judge Vargas:

       This Office represents the defendants in the above-captioned matter.  We write to bring to the Court's attention another relevant supplemental authority.  On February 17, 2025, the district court in *University of California Student Association v. Carter, et al.*, Civil Action No. 25-354 (RDM) (D.D.C.), denied the plaintiff's motion for a temporary restraining order that would restrain the Department of Education and its acting secretary "from disclosing information about Plaintiff's members to individuals affiliated with the so-called Department of Government Efficiency (DOGE)."  *See* Ex. A (internal quotation marks omitted).

       We thank the Court for its consideration of this submission.

2

       Respectfully,

       MATTHEW PODOLSKY
       Acting United States Attorney for the
       Southern District of New York
       *Attorney for Defendants*

By:  /s/ *Rebecca S. Tinio*
       JEFFREY S. OESTERICHER
       REBECCA S. TINIO
       Assistant United States Attorneys
       86 Chambers Street, Third Floor
       New York, NY 10007
       Tel.: (212) 637-2695/2774
       E-mail:  jeffrey.oestericher@usdoj.gov
                   rebecca.tinio@usdoj.gov

Encl.