UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WISCONSIN,<br><br>      Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY,<br><br>Defendants.<br><br>      Defendants. | C.A. No. __25-cv-01144__<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Alexander Carenvale for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Rhode Island; and that his/her contact information is as follows (please print):

    Applicant's Name: <u>Alexander Carnevale</u>

    Firm Name: <u>Rhode Island Office of the Attorney General</u>

    Address: <u>150 South Main Street</u>

    City/ State/ Zip: <u>Providence, RI 02903</u>

    Telephone/ Fax: 1 401 274 4400

Applicant having requested admission Pro Hae Vice to appear for all purposes as counsel for the State of Rhode Island in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 18, 2025

*[Signature: Jeannette Vargas]*

United States District Judge
Hon. Jeannette A. Vargas