

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

February 18, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *State of New York* et al. *v. Trump* et al., No. 25 Civ. 1144 (JAV)

Dear Judge Vargas:

        This Office represents the defendants in the above-captioned matter.  We write to bring to the Court's attention an additional relevant supplemental authority.  On February 18, 2025, the district court in *New Mexico et al. v. Musk et al.*, Civil Action No. 25-429 (TSC) (D.D.C.), denied the plaintiffs' motion for a temporary restraining order that would restrain the defendants Elon Musk, the U.S. Department of Government Efficiency ("DOGE") Service, U.S. DOGE Temporary Organization, and President Trump from, among other things, "accessing, copying, or transferring any data systems in the Office of Personnel Management, and the Departments of Education, Labor, Health and Human Services, Energy, Transportation, and Commerce."  *See* Ex. A.

        We thank the Court for its consideration of this submission.

      Respectfully,

      MATTHEW PODOLSKY
      Acting United States Attorney for the
      Southern District of New York
      *Attorney for Defendants*

By:  /s/ *Rebecca S. Tinio*
      JEFFREY S. OESTERICHER
      REBECCA S. TINIO
      Assistant United States Attorneys
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel.: (212) 637-2695/2774
      E-mail:  jeffrey.oestericher@usdoj.gov
               rebecca.tinio@usdoj.gov

Encl.