IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, *et al.*,

        Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, in his official capacity as Secretary of the U.S. Department of the Treasury,

        Defendants.

Case No. 25-CV-01144

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, BRIAN P. KEENAN hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff State of Wisconsin in the above-captioned action.

I am in good standing of the bar of the state of Wisconsin and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended,

disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated this 19th day of February 2025.

                Respectfully submitted,

                JOSHUA L. KAUL
                Attorney General of Wisconsin

                <u>s/ Brian P. Keenan</u>
                BRIAN P. KEENAN
                Assistant Attorney General
                State Bar #1056525

                Attorney for Plaintiff
                State of Wisconsin

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020
(608) 294-2907 (Fax)
keenanbp@doj.state.wi.us