IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, *et al.*,

    Plaintiffs,

v.                                Case No. 25-CV-01144

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, in his official capacity as Secretary of the U.S. Department of the Treasury,

    Defendants.

## ORDER FOR ADMISSION PRO HAC VICE

The motion of BRIAN P. KEENAN for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Wisconsin and that his contact information is as follows:

    Brian P. Keenan
    Wisconsin Department of Justice
    Post Office Box 7857
    Madison, Wisconsin 53707-7857
    (608) 266-0020
    (608) 294-2907 (Fax)
    keenanbp@doj.state.wi.us

2

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff State of Wisconsin in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated this ___ day of February 2025.

_____

United States District/Magistrate Judge