IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, in his official capacity as Secretary of the U.S. Department of the Treasury,

    Defendants.

Case No. 22-CV-01144

**AFFIDAVIT OF BRIAN P. KEENAN
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

STATE OF WISCONSIN    )
                                   ) ss.
COUNTY OF DANE        )

I, BRIAN P. KEENAN, being duly sworn, hereby depose and say as follows:

1. I am an Assistant Attorney General with the Wisconsin Department of Justice

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never censured, suspended, disbarred, or denied admission or readmission by any court.

6. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter for the State of Wisconsin.

Signed this 19th day of February 2025.

BRIAN P. KEENAN
Assistant Attorney General
Wisconsin State Bar #1056525
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020
(608) 294-2907 (Fax)
keenanbp@doj.state.wi.us

Subscribed and sworn to before me this 19th day of February 2025.



Notary Public, State of Wisconsin
My Commission: 1/12/17