DAN RAYFIELD
Attorney General
ELLEANOR H. CHIN  #61484
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  elleanor.chin@doj.oregon.gov

Attorneys for State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAIN, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WISCONSIN,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESDIENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASUREY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY,<br><br>        Defendants. | Case No.  1:25-CV-1144-JAV<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

Page 1 -   **MOTION FOR ADMISSION**
               **PRO HAC VICE**
  EC/lnt/982974786

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Oregon Department of Justice Senior Assistant Attorney General Elleanor Chin hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the State of Oregon in the above-captioned action.

I am a member in good standing of the Oregon State Bar and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED February  19 , 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

_s/ Elleanor H. Chin_
ELLEANOR H. CHIN #061484
Senior Assistant Attorney General
Tel (971) 673-1880
Fax (971) 673-5000
elleanor.chin@doj.oregon.gov
Of Attorneys for State of Oregon

Page 2 -    **MOTION FOR ADMISSION PRO HAC VICE**
EC/lnt/982974786