DAN RAYFIELD
Attorney General
ELLEANOR H. CHIN  #61484
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  elleanor.chin@doj.oregon.gov

Attorneys for State of Oregon

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAIN, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESDIENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASUREY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY, <br><br> Defendants. | Case No.  1:25-CV-1144-JAV <br><br> **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |



Page 1 -   **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**
        EC/lnt/982974789

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

STATE OF OREGON      )
                                   ) ss.

County of Multnomah     )

      I, Elleanor H. Chin, being first duly sworn, depose and say:

      1.       I am a Senior Assistant Attorney General for the State of Oregon.

      2.       I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

      3.       As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Oregon State Bar.

      4.       There are no pending disciplinary proceedings against me in any State or Federal Court.

      5.       I have not been convicted of a felony.

      6.       I have not been censured, suspended, disbarred or denied admission or readmission by any court.

      7.       Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for State of Oregon.

      DATED this _/8_ day of February, 2025.


                                             ELLEANOR H. CHIN
                                             Senior Assistant Attorney General


      SUBSCRIBED AND SWORN to before me this _18_ day of February, 2025.


                                             Notary Public for Oregon
                                             My Commission Expires: _June 16, 2025_

OFFICIAL STAMP
**HUNG HOANG LE**
NOTARY PUBLIC - OREGON
COMMISSION NO. 1013587
MY COMMISSION EXPIRES JUNE 16, 2025

Page 2 -    **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**
           EC/lnt/982974789



# Certificate of Good Standing

State of Oregon           )
                          )  ss.
County of Washington     )

I, Sarra Yamin, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**ELLEANOR H. CHIN, BAR NO. 061484**

was admitted to practice law in the State of Oregon by Examination and became an Active member of the Oregon State Bar on April 27, 2006.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Ms. Chin is an Active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 12th day of February 2025.

_____
Sarra Yamin
Regulatory Counsel
Oregon State Bar

*This certificate expires 60 days from the date of issuance*