UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, | ) </br> ) |
| Plaintiffs, | ) Case No. 1:25-cv-01144-JAV </br> ) |
| v. | ) </br> ) **MOTION FOR ADMISSION** |
| PRESIDENT DONALD TRUMP, *et al.*, | ) **PRO HAC VICE** </br> ) |
| Defendants. | ) </br> ) |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Eric H. Wessan, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as lead counsel for Amicus Curiae THE STATE OF IOWA, in the above-captioned action.

I am a member in good standing of the bars of the State of Iowa and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censored, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rules 1.3 and 1.9.

Dated: February 20, 2025

Respectfully submitted,

*/s/ Eric H. Wessan*
Eric H. Wessan
*Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
1305 E Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Telephone: (515) 823-9117
Fax: (515) 281-4209
eric.wessan@ag.iowa.gov

*Counsel for Amicus Curiae the State of Iowa*

1