UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, | ) )  |
| Plaintiffs, | ) Case No. 1:25-cv-01144-JAV ) |
| v. | ) ) **DECLARATION OF ERIC H. WESSAN** |
| PRESIDENT DONALD TRUMP, *et al.*, | ) ) |
| Defendants. | ) ) |

I, Eric H. Wessan, do hereby declare:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3. I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 20, 2025                 */s/ Eric H. Wessan*
                                                Eric H. Wessan