**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

STATE OF NEW YORK, ET AL.,

        Plaintiff,

-against-                      25 Civ. 01144 (JAV)

                                           **MOTION FOR ADMISSION**

DONALD J. TRUMP, ET AL.,        **PRO HAC VICE**

        Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, MATTHEW FRANK FITZSIMMONS, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for PLAINTIFF, STATE OF CONNECTICUT in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of CONNECTICUT and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: FEBRUARY 20, 2025        Respectfully Submitted,

                                        MATTHEW FRANK FITZSIMMONS

                                        Applicant Signature: *[signature]*

                                        Applicant's Name: MATTHEW FRANK FITZSIMMONS

                                        Firm Name: OFFICE OF ATTORNEY GENERAL, STATE OF CT

                                        Address: 165 CAPITOL AVENUE

                                        City/State/Zip: HARTFORD, CT 06106

                                        Telephone/Fax: (860)808-5318 / (860) 808-5387

                                        Email: MATTHEW.FITZSIMMONS@CT.GOV