| STATE OF NEW YORK, ET AL., | : | Civil Action No. 25-cv-001144 |
|---|---|---|
|     *Plaintiffs*, | : | |
| | : | |
|   v. | : | |
| | : | |
| DONALD J. TRUMP, ET AL., | : | |
|     *Defendants*. | : | FEBRUARY 20, 2025 |

## AFFIDAVIT OF MATTHEW F. FITZSIMMONS

I, MATTHEW F. FITZSIMMONS, having been duly sworn, testify and affirm as follows:

1. I am over eighteen years of age and understand the obligations of an oath. I make this affidavit based on personal knowledge.

2. I represent Plaintiff, State of Connecticut in the above captioned matter, and have submitted a Motion for Admission Pro Hac Vice. In support of that motion I hereby attest that (a) I have never been convicted of a felony, (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court, and (c) there are no disciplinary proceedings presently against me.

FURTHER AFFIANT SAYETH NOT.

_____
MATTHEW F. FITZSIMMONS

STATE OF CONNECTICUT         )
                                   ) ss: Hartford, Connecticut
COUNTY OF HARTFORD  )

Subscribed and sworn to before me, this 20th day of February, 2025.

_____
Cheryl A. Turner, Notary Public
My Commission Expires: 11/30/2029

1