UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, ET AL.,
                Plaintiff,

-against-

DONALD J. TRUMP, ET AL.,
                Defendant.

25 cv 01144   ( JAV )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of __MATTHEW FRANK FITZSIMMONS__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __CONNECTICUT__; and that his/her contact information is as follows (please print):

Applicant's Name: __MATTHEW FRANK FITZSIMMONS__

Firm Name: __OFFICE OF THE ATTORNEY GENERAL, STATE OF CONNECTICUT__

Address: __165 CAPITOL AVENUE__

City / State / Zip: __HARTFORD, CT 06106__

Telephone / Fax: __(860)808-5318 / (860)808-5387__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __PLAINTIFF, STATE OF CONNECTICUT__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge