**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

State of New York, et al.

                     Plaintiff,

-against-                                               01:25 Civ. 01144    ( JAV )

**MOTION FOR ADMISSION**

Donald J. Trump, et al.

**PRO HAC VICE**

                     Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Elleanor H. Chin, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, State of Oregon in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Oregon and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 02/20/2025         Respectfully Submitted,

                                     Elleanor H. Chin

Applicant Signature: *[signature]*

Applicant's Name: Elleanor H. Chin

Firm Name: Oregon Department of Justice

Address: 100 SW Market Street

City/State/Zip: Portland, OR 97201

Telephone/Fax: 971-673-1880 / 971-673-5000

Email: elleanor.chin@doj.oregon.gov