**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STATE OF NEW YORK, ET AL.,
          Plaintiff,

-against-

DONALD J. TRUMP, ET AL.,
          Defendant.

_25_ cv _01144_   ( JAV )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of ___ MATTHEW FRANK FITZSIMMONS ___, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

___ CONNECTICUT ___ ; and that his/her contact information is as follows

(please print):

Applicant's Name: _ MATTHEW FRANK FITZSIMMONS ___

Firm Name: _OFFICE OF THE ATTORNEY GENERAL, STATE OF CONNECTICUT_

Address: _165 CAPITOL AVENUE_

City / State / Zip: __HARTFORD, CT 06106_

Telephone / Fax: _(860)808-5318 / (860)808-5387_

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

__PLAINTIFF, STATE OF CONNECTICUT__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated: February 21, 2025

United States District / ~~Magistrate~~ Judge
Hon. Jeannette A. Vargas, USDJ