DAN RAYFIELD
Attorney General
ELLEANOR H. CHIN  #61484
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  elleanor.chin@doj.oregon.gov

Attorneys for State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAIN, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WISCONSIN,<br><br>      Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESDIENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASUREY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY,<br><br>      Defendants. | Case No.  1:25-CV-1144-JAV<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

Page 1 -   **ORDER FOR ADMISSION**
           **PRO HAC VICE**

    EC/lnt/982974792

This matter is before the Court on the motion of Oregon Department of Justice Senior Assistant Attorney General Elleanor Chin, for admission to practice *pro hac vice* in the above captioned action. The Court GRANTS the motion.

Applicant has declared that she is a member in good standing of the bar(s) of the state(s) of Oregon, and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Elleanor Chin |
| Firm Name: | Oregon Department of Justice |
| Address: | 100 Market St. |
| City/ State/ Zip: | Portland, OR 97201 |
| Telephone/ Fax: | 971-673-1880 / 971-673-5000 |

Applicant having requested admission Pro Hae Vice to appear for all purposes as counsel for the State of Oregon in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: February 21, 2025

*/s/ Jeannette Vargas*
HONORABLE JEANNETTE A. VARGAS
U. S. District Court Judge

Submitted by: Elleanor H. Chin
Senior Assistant Attorney General
Attorneys for State of Oregon

Page 2 -   **ORDER FOR ADMISSION PRO HAC VICE**

EC/lnt/982974792