UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; and STATE OF WISCONSIN,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY,<br><br>        Defendants. | Case No. 1:25-cv-01144 (JAV)<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Thomas S. Patterson, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff State of California in the above-captioned action.

I am in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been

1

convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rules 1.3 and 1.9.

Dated: February 24, 2025                    Respectfully submitted,

                                            *s/ Thomas S. Patterson*

                                            THOMAS S. PATTERSON
                                              *Senior Assistant Attorney General*
                                            CALIFORNIA DEPARTMENT OF JUSTICE
                                            Office of the California Attorney General
                                            455 Golden Gate Avenue, Suite 11000
                                            San Francisco, CA 94102-7004
                                            Telephone: (415) 510-3609
                                            Fax: (415) 703-5843
                                            Email: Thomas.Patterson@doj.ca.gov

                                            *Attorney for Plaintiff State of California*