UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; and STATE OF WISCONSIN,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY,<br><br>      Defendants. | Case No. 1:25-cv-01144 (JAV)<br><br>**DECLARATION OF MARK R. BECKINGTON IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

I, Mark R. Beckington, do hereby declare:

1. I am an attorney licensed by the State of California. I am employed as a Supervising Deputy Attorney General with the California Department of Justice and serve as counsel of record for Plaintiff State of California in this matter.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

1

3. As shown in the Certificate of Good Standing, attached hereto as **Exhibit A**, I was admitted to practice law in the State of California on December 11, 1986, and I am a member in good standing of the bar of the State of California (Bar No. 126009).

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore, your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York for Plaintiff State of California.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2025                                Respectfully submitted,

*s/ Mark R. Beckington*

MARK R. BECKINGTON
  *Supervising Deputy Attorney General*
CALIFORNIA DEPARTMENT OF JUSTICE
Office of the California Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
Telephone: (213) 269-6256
Fax: (916) 731-2124
Email: Mark.Beckington@doj.ca.gov

*Attorney for Plaintiff State of California*