# EXHIBIT A



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### JOHN DARROW ECHEVERRIA

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that JOHN DARROW ECHEVERRIA, #268843, was on the 15th day of January 2010 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 10th day of February 2025.

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
Biying Jia, Deputy Clerk