UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; and STATE OF WISCONSIN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY,<br><br>　　　　　Defendants. | Case No. 1:25-cv-01144 (JAV)<br><br>**DECLARATION OF NICHOLAS R. GREEN IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

I, Nicholas R. Green, do hereby declare:

1. I am an attorney licensed by the State of California and the Commonwealth of Massachusetts. I am employed as a Deputy Attorney General with the California Department of Justice and serve as counsel of record for Plaintiff State of California in this matter.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

1

3. I was admitted to practice law in the State of California on December 10, 2018; and I am a member in good standing of the bar of the State of California (Bar No. 323959), as shown in the Certificate of Good Standing, attached hereto as **Exhibit A.**

4. I was admitted to practice law in the Commonwealth of Massachusetts on November 16, 2017; and I am a member in good standing of the bar of the Commonwealth of Massachusetts (Bar No. 698510), as shown in the Certificate of Good Standing, attached hereto as **Exhibit B.**

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have never been convicted of a felony.

7. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

8. Wherefore, your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York for Plaintiff State of California.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*s/ Nicholas R. Green*
　　　　　　　　　　　　　　　　　　　　NICHOLAS R. GREEN
　　　　　　　　　　　　　　　　　　　　*Deputy Attorney General*
　　　　　　　　　　　　　　　　　　　　CALIFORNIA DEPARTMENT OF JUSTICE
　　　　　　　　　　　　　　　　　　　　455 Golden Gate Avenue, Suite 11000
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94102-7004
　　　　　　　　　　　　　　　　　　　　Telephone: (415) 510-3597
　　　　　　　　　　　　　　　　　　　　Fax: (415) 703-5480
　　　　　　　　　　　　　　　　　　　　Email: Nicholas.Green@doj.ca.gov

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff State of California*