# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; and STATE OF WISCONSIN,<br><br>        Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY,<br><br>        Defendants. | Case No. 1:25-cv-01144 (JAV)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

      The motion of Mark R. Beckington for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the State of California and that his contact information is as follows:

    Mark R. Beckington
    Supervising Deputy Attorney General
    California Department of Justice
    Office of the California Attorney General

300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
(213) 269-6256
Mark.Beckington@doj.ca.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the Plaintiff State of California in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 25, 2025

_____
United States District Judge
Hon. Jeannette A. Vargas