# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK; STATE OF ARIZONA;
STATE OF CALIFORNIA; STATE OF
COLORADO; STATE OF CONNECTICUT;
STATE OF DELAWARE; STATE OF HAWAII;
STATE OF ILLINOIS; STATE OF MAINE;
STATE OF MARYLAND; COMMONWEALTH
OF MASSACHUSETTS; STATE OF
MINNESOTA; STATE OF NEVADA; STATE OF
NEW JERSEY; STATE OF NORTH CAROLINA;
STATE OF OREGON; STATE OF RHODE
ISLAND; STATE OF VERMONT; and STATE OF
WISCONSIN,

         Plaintiffs,

    v.

DONALD J. TRUMP, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF THE UNITED
STATES; U.S. DEPARTMENT OF THE
TREASURY; and SCOTT BESSENT, IN HIS
OFFICIAL CAPACITY AS SECRETARY OF U.S.
DEPARTMENT OF THE TREASURY,

        Defendants.

Case No. 1:25-cv-01144 (JAV)

**ORDER FOR ADMISSION**
***PRO HAC VICE***

The motion of John D. Echeverria for admission to practice *Pro Hac Vice* in the

above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State

of California and that his contact information is as follows:

John D. Echeverria
Supervising Deputy Attorney General
California Department of Justice
Office of the California Attorney General

1

455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
(415) 510-3479
John.Echeverria@doj.ca.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as

counsel for the Plaintiff State of California in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice*

in the above-captioned case in the United States District Court for the Southern District

of New York.  All attorneys appearing before this Court are subject to the Local Rules of

this Court, including the Rules governing discipline of attorneys.

Dated:  February 25, 2025

United States District Judge
Hon. Jeannette A. Vargas