UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WISCONSIN, <br><br>         Plaintiffs, <br><br>     v. <br><br> DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY, <br><br>         Defendants. | C.A. No. ____25-cv-01144_____ <br><br> **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Kalikoʻonālani D. Fernandes, being duly sworn, hereby depose and say as follows:

1. I am the Solicitor General of the State of Hawaii Department of the Attorney General and serve as counsel for the Plaintiff, State of Hawaii in this matter.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter on behalf of the State of Hawaii.

3. As shown in the Certificate of Good Standing, dated February 10, 2025, attached hereto, I am a member in good standing of the bar of the State of Hawaii.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this case for the Plaintiff State of Hawaii.

Date: 2/26/25

Signature of Movant:

Kaliko'onālani D. Fernandes
Solicitor General
Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Email: kaliko.d.fernandes@hawaii.gov
Telephone: (808) 586-1360

Attorney for Plaintiff State of Hawaii

Sworn to before me and subscribed in my presence
This 26TH day of February 2025.

Notary Public, State of Hawai'i
Print Name: SAREE KALANI
My commission expires: 09/18/2028

**NOTARY PUBLIC CERTIFICATION**
Saree Kalani                Judicial First Circuit
Doc. Description: AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL PRO HAC VICE
STATE OF NEW YORK V. DONALD J. TRUMP 25-CV-01144
No. of Pages: 6    Date of Doc 2/26/25

Notary Signature              2/26/25
                              Date

2