# IN THE SUPREME COURT OF HAWAI'I

In the Matter of

**KALIKO'ONALANI DIARA FERNANDES**

..................................................................

Attorney at Law.

## CERTIFICATE OF STANDING

I, Ana Kippen, clerk of the Supreme Court of the State of Hawai'i, do hereby certify that **KALIKO'ONALANI DIARA FERNANDES** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on **November 15, 2013**. This attorney's current status is **active** and is presently in good standing.

DATED:   Honolulu, Hawai'i, February 10, 2025.

..................................................................
Clerk, Supreme Court of Hawai'i