**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

STATE OF NEW YORK; STATE OF ARIZONA, )
STATE OF CALIFORNIA, STATE OF COLORADO, )
STATE OF CONNECTICUT, STATE OF DELAWARE, ) Cause No 25-CV-1144
STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAINE, )
STATE OF MARYLAND, COMMONWEALTH OF )
MASSACHUSETTS, )
STATE OF MINNESOTA, STATE OF NEVADA, )
STATE OF NEW JERSEY, STATE OF NORTH CAROLINA, )
STATE OF OREGON, STATE OF RHODE ISLAND, )
STATE OF VERMONT, and STATE OF WISCONSIN, Plaintiffs, )
)
Vs. )
) Intervention of Right and
DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS ) Amicus
PRESIDENT OF THE UNITED STATES; )
U.S. DEPARTMENT OF THE TREASURY; )
and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS
SECRETARY ) OF U.S. DEPARTMENT OF THE TREASURY,

Defendants

*RECEIVED FEB 26 2025 PRO SE OFFICE*

**Intervention of Right and Amiscus**
**Federal Rule Civil Procedure 24**

**Now Comes Judson Witham as Intervenor and states as follows,**

1. The Recent Incursions by DOGE and the recently appointed Secretary of Treasury and "BIG BALLS" with Teams of Analysts with Elon Mush etc etc al have gained access to Private Financial Information belonging to millions of Americans like Intervenor Witham.

2. Intervenor has every right of Privacy to the Files the DOGE Gang have decided to Rummage Through. Intervenors Private Files have been invaded by "BIG BALLS" DOGE and Elon Musk's Teams along with Donald J. Trump Et Al.

3. Intervenor's Private Files have been accessed by the DOGE with complete disregard for Intervenors Privacy and as such Intervenors have RIGHT TO INTERVENE as Damaged and Injured Parties with the Millions of Other Americans being Invaded as described within the Pleadings of This Cause.

Your Intervenor has a Right to Intervene as well as Shoud Be Granted a Permissive Right to Intervene as follows

https://www.law.cornell.edu/rules/frcp/rule_24

# Rule 24. Intervention

(a) Intervention of Right. On timely motion, the court must permit anyone to intervene who:

(1) is given an unconditional right to intervene by a federal statute; or

(2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

(b) Permissive Intervention.

(1) *In General.* On timely motion, the court may permit anyone to intervene who:

(A) is given a conditional right to intervene by a federal statute; or

(B) has a claim or defense that shares with the main action a common question of law or fact.

(2) *By a Government Officer or Agency.* On timely motion, the court may permit a federal or state governmental officer or agency to intervene if a party's claim or defense is based on:

(A) a statute or executive order administered by the officer or agency; or

(B) any regulation, order, requirement, or agreement issued or made under the statute or executive order.

(3) *Delay or Prejudice.* In exercising its discretion, the court must consider whether the intervention will unduly delay or prejudice the adjudication of the original parties' rights.

**(c) Notice and Pleading Required. A motion to intervene must be served on the parties as provided in Rule 5 . The motion must state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which intervention is sought.**

Notes

**(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Dec. 29, 1948, eff. Oct. 20, 1949; Jan. 21, 1963, eff. July 1, 1963; Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 12, 2006, eff. Dec. 1, 2006; Apr. 30, 2007, eff. Dec. 1, 2007.)**

**Intervenor Complains and Informs the Court as follows**

**Judge Paul Englemayer**

**Re: NOTICE OF INTERVENTION and Claims 25-CV-1144 Et Al**

**Dear Judge Englemayer,**

Currently there is an Operation of DOGE, a highly questionable Agency of Donald Trump and Elon Musk, rummaging through US Government Financial, Treasury, CFPB, DOJ Files etc looking for Messy Dirty Scandalous Materials etc.

Recent US History reveals MAMMOTH financial crimes and criminal networks at the heart of TRILLIONS of financial looting, laundering and many other RACKETEERING ACTIVITIES. USDA, FHA,FHLB,FANNIE,FREDDIE,SALLIE, FDIC, FSLIC, USAID, Soc Sec, DOD, FERS, DOT, DOD Financial Accounts and many others have been robbed for enormous sums of money, assets and Real Property etc etc etc.

See

https://www.bing.com/search?q=trillions+laundered+84+captures+witham

The enormous FISHING EXPEDITION and HUNT for SARS information and DIRT on Political Opposition is being directed by Donald Drumpft Trump who is an ACTIVE AGENT OF CIA and the SECRETIVE GROUP KNOWN AS "Trump's January 6th MAGA Mobsters "

The DARK WORLD of Funding for Trump and the so called DEEP STATE is immensely involved and Pocketing Enormous Sums of Wealth from the Enormous Lootings of the Last 60 + Years of US GOVERNMENT OPERATIONS

https://www.bing.com/search?q=trillions+laundered+84+captures+witham

There has been a VAST CAMPAIGN FINANCE DEBACLE directly connected to FINANCING Deep State and Campaign Elections Rigging

https://www.bing.com/search?q=trillions+laundered+84+captures+witham

The FIN CEN , FBI, CIA, DOJ and Treasury have for decades been SECRETING SARS on the Financial Machines of many Political Figures including Donald Drumpft Trump and MANY OTHERS

https://www.bing.com/search?q=trillions+laundered+84+captures+witham

EXTREMELY REVEALING FINANCIAL INTELLIGENCE involving Dark Money and Networks involved in ELECTION INTERFERENCE and Election Rigging as well as Enormous Financial Crimes are contained in as many as 25 Million SARS currently at Treasury, FIN CEN, USAID, HUD, USDA, FHA, FANNIE, FREDDIE, FDIC, FSLIC and the Federal Employee Retirement System, Pension Funds, Federal Reserve, Social Security and many other SEC and Consumer Finance Protection Agencies.

https://www.bing.com/search?q=trillions+laundered+84+captures+witham

The Kennedy, Nixon, Ford, Carter, Clinton, Regan, Bush, Obama, Biden, Trump Enterprises all have been caught involved in the CAMPAIGN FINANCE DEBACLES and GIANT SUMS OF STOLEN WEALTH are well known to be traceable to these CRIMES

https://www.bing.com/search?q=trillions+laundered+84+captures+witham

Elon Musk, DOGE, Donald Trump and many many many OTHER POLITICOs such as the Clintons and Bushs, with the BIG GUY and vast Foreign Governments, Bank of International Settlements, World Bank, UN and CIA / Homeland Security with NSC ( North and Company ) and folks like Jeff Epstein, Larry Flint and CIA Director JOHN MCCONE of Western Banks and Russia, China, the Philippines, Panama with GLOBAL BANKING HOUSES, DRUG CARTELS, EDUCATION ENDOWMENTS and Many Others .... are at the EPICENTER OF 25 Million Plus SECRETED SARS at FIN CEN TREASURY, CFPB, US Department of Education, FHLB, FDIC and the SEC.

https://www.bing.com/search?q=trillions+laundered+84+captures+witham

I am a very well known WHISTLEBLOWER of the last 45 Years and this is My Notice to PAM BONDI, ELON MUSK - DOGE and Donald Drumpft Trump and the Parties to the DOGE CASES on My INTERVENTION OF RIGHT in these Cases of VAST Waste Fraud and Abuse. The Stifling Censorship, Political Targeting and NAZI STYLE STASI being perpetrated by the USA Inc and the RNC and DNC must be fully exposed and ENJOINED from Immense Looting, Laundering and Such Crimes as Election Rigging and Election Interferences using STOLEN WEALTH.

Respectfully Submitted

Judson Witham
Intervenor
Whistleblower

https://www.bing.com/search?q=trillions+laundered+84+captures+witham

Wherefore Premises Considered Intervenor demands as follows:

1. All the DATA and INFORMATION accessed by the DOGE TEAMS be revealed to the US Public

2. Each Violation result in a $10,000.00 fine per Intrusion to be compounded Daily in Actual and Punitive Damages to All Americans whose Privacy has been violated.

3. That Elon Musk and DODGE prove the Lawful Authority They and Individuals like "BIG BALLS " possess to intrude into Private and Sensitive Government Information Systems to Surveil Americans Private Financial Files and Records WITHOUT Search Warrants, Without Notice to the Americans SNOOPED and SPIED UPON and Without Congressional, Senate or Court Authority.

4. These Defendants MUST Prove the Lawful Authority They Possess to engage in such a Wild Intrusion, Fishing Expedition into Private, Confidential Information of the American People.

5. Intervenor's Costs and Expenses need to be Paid by these Defendants and

6. Actual Damages of $10,000.00 per Day for Every Day these Described Violations Continue.

7. Pre Judgement and Post Judgement Interest at a Rate of 10% to accumulate throughout the Trial of This Cause.

8. That the Defendants produce EMail Addresses for Intervenor for Ease of Giving Notices and Pleadings to Defendants as They Exist in this Case

Respectfully

*Judson Witham*

Judson Witham
15215 Aiken Rd
Wake Forest, NC  27587

## Certificate of Service Notice By Email to Plaintiffs
## State Attorney Generals and known Lawyers

On this Day February 11, 2025 by EMail the Following Attorneys and State Attorney Generals have been sent Notice of this Intervemtion Amiscus

andrew.amer@ag.ny.gov,
joshua.bendor@azag.gov

joshua.katz@azag.gov,
"shannon.stevenson@coag.gov" <shannon.stevenson@coag.gov>,
michael.cohen@doj.ca.gov,
mathew.fitzsimmons@ct.gov,
vannessa.kassab@delaware.gov,
kaliko.d.fernandes@hawaii.gov,
darren.kinkead@ilag.gov,
jason.anton@maine.gov,
akirschner@oag.state.md.us,
david.kravitz@mass.gov,
liz.kramer@ag.state.mn.us,
"hstern@ag.nv.gov" <hstern@ag.nv.gov>,
david.leit@law.njoag.gov,
kashif.chand@law.njoag.gov,
"doughty_motions@lawd.uscourts.gov" <Doughty_motions@lawd.uscourts.gov>,
"mcclusky_motions@lawd.uscourts.gov" <mcclusky_motions@lawd.uscourts.gov>,
NYS Office of the Attorney General <nysag@ag.ny.gov>,



