UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, et al., | C. A. No. 1:25-cv-01144-JAV |
| Defendants. | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Vanessa L. Kassab hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff State of Delaware in the above-captioned action.

I am in good standing of the bar of the State of Delaware, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 5, 2025                                   Respectfully Submitted,

                                   By:   /s/ *Vanessa L. Kassab*
                                         VANESSA L. KASSAB
                                         Deputy Attorney General
                                         820 N. French Street
                                         Wilmington, DE 19801
                                         (302) 683-8881
                                         Email: vanessa.kassab@delaware.gov

                                         *Attorney for Plaintiff State of Delaware*