UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, et al.,

        Plaintiffs,

v.

DONALD J. TRUMP, et al.,

        Defendants.

C. A. No. 1:25-cv-01144-JAV

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Vanessa L. Kassab for admission to practice Pro Hac Vice in the above-captioned action is granted.

Movant has declared that she is a member in good standing of the bar of the state of Delaware, and that her contact information is as follows:

VANESSA L. KASSAB
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801
(302) 683-8881
Email: vanessa.kassab@delaware.gov

Movant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiff State of Delaware in the above-entitled action;

IT IS HEREBY ORDERED that Movant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: March 5, 2025

_____
Hon. Jeannette A. Vargas
United States District Judge