UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, ET AL., <br><br> Defendants. | Case No.: 1:25-cv-01144-JAV |

MOTION FOR WITHDRAWAL OF APPEARANCE OF IAN R. LISTON AS ATTORNEY OF RECORD FOR PLAINTIFF STATE OF DELAWARE

Pursuant to Local Civil Rule 1.4, Plaintiff State of Delaware and Vanessa L. Kassab respectfully move this Court for permission to withdraw the appearance of Ian R. Liston as counsel of record for Plaintiff State of Delaware in the above-captioned case. Plaintiff State of Delaware will continue to be represented by Vanessa L. Kassab, Deputy Attorney General, Delaware Department of Justice. The proposed withdrawal will not impact any deadlines or court dates in this matter, nor will it involve assertion of a charging or retaining lien.

Respectfully Submitted,

DATED: March 6, 2024

By: */s/ Vanessa L. Kassab*
VANESSA L. KASSAB (*Pro hac vice*)
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801
(302) 683-8881
Email: vanessa.kassab@delaware.gov

*Attorney for Plaintiff State of Delaware*