UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, ET AL., <br><br> Defendants. | Case No.: 1:25-cv-01144-JAV |

**ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL OF RECORD AND TERMINATING APPEARANCE**

The Court has reviewed the motion filed regarding the withdrawal of Ian R. Liston as counsel of record for Plaintiff State of Delaware. The Court hereby **GRANTS** the motion. The Clerk of Court is directed to terminate Mr. Liston as attorney of record for Plaintiff State of Delaware in the above-captioned case, and terminate ECF No. 99.

SO ORDERED:

DATED: March 6, 2025

_____
Honorable Jeannette A. Vargas
United States District Judge