# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                  Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of The United States, *et al.*,<br><br>                  Defendants. | No. C.A. No. 25-cv-01144<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

       Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Joshua D. Bendor, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Plaintiff State of Arizona in the above-captioned matter.

       I am a member in good standing of the bar of the state of Arizona and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

RESPECTFULLY SUBMITTED this 6th day of March, 2025

                                                    */s/ Joshua D. Bendor*
                                                    Applicant's Name: Joshua D. Bendor
                                                    Firm Name: Arizona Attorney General's Office
                                                    Address: 2005 North Central Avenue
                                                    City/State/Zip: Phoenix, Arizona 85004
                                                    Telephone/Fax: (602) 542-3333 / (602) 542-8308
                                                    Email: Joshua.Bendor@azag.gov; ACL@azag.gov

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of The United States, *et al.*, <br><br> Defendants. | No. C.A. No. 25-cv-01144 <br><br> **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Joshua D. Bendor, being duly sworn, hereby depose and say as follows:

1. I am the Solicitor General of Arizona, within the Arizona Attorney General's Office.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Arizona.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case in the United States District Court for the Southern District for New York.

Date: 3/6/2025

Signature of Movant: Joshua D. Bendor
Title: Solicitor General
Office: Arizona Attorney General's Office
Address: 2005 North Central Avenue
Email: Joshua.Bendor@azag.gov;
ACL@azag.gov
Phone: (602) 542-3333

State of Arizona
County of Maricopa

Subscribed and sworn (or affirmed) before me this 6th day of March 2025, by Joshua D. Bendor.

**NOTARIZED**

GINAMARIE E. MONTENEGRO
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 672460
Expires September 14, 2028

Signature of Notary Public
Title: Notary Public
My Commission Expires: 9/14/2028

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

      The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JOSHUA DAVID ROTHENBERG BENDOR** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on February 4, 2015 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  02-25-2025

*Kristina Tuba*
Kristina Tuba
Associate Disciplinary Clerk

COGS1711A1192FDA