UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of The United States, *et al.*,<br><br>Defendants. | No. C.A. No. 25-cv-01144<br><br>**MOTION FOR ADMISSION**<br >***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Joshua A. Katz, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Plaintiff State of Arizona in the above-captioned matter.

I am a member in good standing of the bars of the State of Arizona and the State of Missouri and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

RESPECTFULLY SUBMITTED this 7th day of March, 2025

                              */s/ Joshua A. Katz*
                              Applicant's Name: Joshua A. Katz
                              Firm Name: Arizona Attorney General's Office
                              Address: 2005 North Central Avenue
                              City/State/Zip: Phoenix, Arizona 85004
                              Telephone/Fax: (602) 542-3333 / (602) 542-8053
                              Email: Joshua.Katz@azag.gov; ACL@azag.gov

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of The United States, *et al.*,<br><br>Defendants. | No. C.A. No. 25-cv-01144<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Joshua A. Katz, being duly sworn, hereby depose and say as follows:

1. I am an Assistant Attorney General in the Office of the Solicitor General of Arizona, which is within the Arizona Attorney General's Office.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bars of the State of Arizona and the State of Missouri.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case in the United States District Court for the Southern District for New York.

Date: 3/6/25

Signature of Movant: Joshua A. Katz
Title: Assistant Attorney General
Office: Arizona Attorney General's Office
Address: 2005 North Central Avenue
Email: Joshua.Katz@azag.gov;
ACL@azag.gov
Phone: (602) 542-3333

---

State of Arizona
County of Maricopa

Subscribed and sworn (or affirmed) before me this 6th day of March 2025, by Joshua A. Katz.

**NOTARIZED**

GINAMARIE E. MONTENEGRO
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 672460
Expires September 14, 2028

Signature of Notary Public
Title: Notary Public
My Commission Expires: 9/14/2028

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

_____

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

**JOSHUA A. KATZ**

was on the 30th day of September, 2024 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 26th day of February, 2025.

TRACIE K. LINDEMAN, Clerk

By _____
Liz Gomez
Deputy Clerk III



## Supreme Court
STATE OF ARIZONA
ADMINISTRATIVE OFFICE OF THE COURTS

**ANN A. SCOTT TIMMER**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JOSHUA A. KATZ,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on September 30, 2024 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 02-20-2025

*Aaron Nash*
Aaron Nash
Associate Disciplinary Clerk

COGS169840B69D25

1501 WEST WASHINGTON STREET • PHOENIX, ARIZONA 85007-3222 • 602-452-3300 (TDD) 602-452-3545

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/2/2019,

## *Joshua Alan Katz*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

> IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 11th day of February, 2025.
>
> *Betsy Ledgerwood*
>
> Clerk of the Supreme Court of Missouri