UNITED STATES DISTRICT COURT

DISTRICT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>              Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of The United States, *et al.*,<br><br>              Defendants. | No. C.A. No. 25-cv-01144<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

   The motion of Joshua A. Katz, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

   Applicant has declared that he is a member in good standing of the bars of the State of Arizona and the State of Missouri; and that his contact information is as follows:

   Applicant's Name: Joshua A. Katz
   Firm Name: Arizona Attorney General's Office
   Address: 2005 North Central Avenue
   City/State/Zip: Phoenix, Arizona 85004
   Telephone/Fax: (602) 542-3333 / (602) 542-8053
   Email: Joshua.Katz@azag.gov; ACL@azag.gov

   Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the State of Arizona in the above-entitled action;

   **IT IS HEREBY ORDERED** that Joshua A. Katz is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern

1

2

District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED:

_____
United States District Judge
Hon. Jeannette A. Vargas