UNITED STATES DISTRICT COURT

DISTRICT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>      Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of The United States, *et al.*,<br><br>      Defendants. | No. C.A. No. 25-cv-01144<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

  The motion of Joshua A. Katz, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

  Applicant has declared that he is a member in good standing of the bars of the State of Arizona and the State of Missouri; and that his contact information is as follows:

    Applicant's Name: Joshua A. Katz
    Firm Name: Arizona Attorney General's Office
    Address: 2005 North Central Avenue
    City/State/Zip: Phoenix, Arizona 85004
    Telephone/Fax: (602) 542-3333 / (602) 542-8053
    Email: Joshua.Katz@azag.gov; ACL@azag.gov

  Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the State of Arizona in the above-entitled action;

  **IT IS HEREBY ORDERED** that Joshua A. Katz is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern

District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED:

_____
United States District Judge
Hon. Jeannette A. Vargas