# UNITED STATES DISTRICT COURT
# DISTRICT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of The United States, *et al.*,<br><br>　　　　　　　　Defendants. | No. C.A. No. 25-cv-01144<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Joshua D. Bendor, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Arizona; and that his contact information is as follows:

> Applicant's Name: Joshua D. Bendor
> Firm Name: Arizona Attorney General's Office
> Address: 2005 North Central Avenue
> City/State/Zip: Phoenix, Arizona 85004
> Telephone/Fax: (602) 542-3333 / (602) 542-8308
> Email: Joshua.Bendor@azag.gov; ACL@azag.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the State of Arizona in the above-entitled action;

**IT IS HEREBY ORDERED** that Joshua D. Bendor is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern

1

District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: March 7, 2025

_____
United States District Judge
Hon. Jeannette A. Vargas