UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STATE OF NEW YORK, et al.,

                Plaintiffs,                        25-CV-01144 (JAV)

      -v-                                       <u>ORDER</u>

DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,

                Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On March 7, 2025, Plaintiffs filed a motion for reconsideration (ECF No. 104) as to the zone-of-interests ruling in the Opinion and Order granting Plaintiffs' motion for a Preliminary Injunction (ECF No. 76). Moreover, in a status report filed on March 5, 2025, Defendants indicated that they intend to file a motion to partially dissolve the Preliminary Injunction as to Ryan Wunderly on March 10, 2025 (ECF No. 98).

      In light of their interrelated nature, the Court is setting a briefing schedule that will allow the motions to be considered together. Defendants shall file their motion to partially dissolve the Preliminary Injunction by March 10, 2025. Defendants' opposition to the motion for reconsideration and Plaintiffs' opposition to the motion to partially dissolve the Preliminary Injunction shall be due March 14, 2025. Reply briefs shall be due March 17, 2025.

      SO ORDERED.

Dated: March 10, 2025
       New York, New York

                                                              _____
                                                              JEANNETTE A. VARGAS
                                                              United States District Judge