UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br>                    Plaintiffs, <br><br>     v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY *et al.*, <br><br>                    Defendants. | No. 25 Civ. 1144 (JAV) |

**MOTION FOR WITHDRAWAL OF APPEARANCE OF CHRISTOPHER R. HEALY AS ATTORNEY OF RECORD FOR DEFENDANTS DEPARTMENT OF THE TREASURY AND SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY**

Pursuant to Local Civil Rule 1.4, Defendants respectfully move this Court for permission to withdraw the appearance of Christopher R. Healy as counsel of record for Defendants the Department of the Treasury, and Scott Bessent, in his official capacity as Secretary of the Treasury, in the above-captioned case. All Defendants will continue to be represented by Jeffrey S. Oestericher and Rebecca S. Tinio, Assistant United States Attorneys in the United States Attorney's Office for the Southern District of New York. The proposed withdrawal will not affect any deadlines or court dates in this matter, nor will it involve assertion of a charging or retaining lien.

1

Dated: March 10, 2025
      New York, New York

                            MATTHEW PODOLSKY
                            Acting United States Attorney for the
                            Southern District of New York
                            *Attorney for Defendants*

                            /s/ Rebecca S. Tinio
                            JEFFREY S. OESTERICHER
                            REBECCA S. TINIO
                            Assistant United States Attorneys
                            86 Chambers Street, Third Floor
                            New York, New York 10007
                            Telephone: (212) 637-2695/2774
                            E-mail: jeffrey.oestericher@usdoj.gov
                                            rebecca.tinio@usdoj.gov

cc: All counsel of record (by ECF)