UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY *et al.*, <br><br> Defendants. | No. 25 Civ. 1144 (JAV) <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Partially Dissolve the Preliminary Injunction, Defendants Donald J. Trump, in his official capacity as President of the United States, the United States Department of the Treasury, and Scott Bessent, in his official capacity as Secretary of the United States Department of the Treasury, by their attorney, Matthew Podolsky, Acting United States Attorney for the Southern District of New York, hereby move this Court before the Honorable Jeannette A. Vargas, United States District Judge, on March 10, 2025, or as soon thereafter as they may be heard, for an Order partially dissolving the preliminary injunction entered in this matter on February 21, 2025, as to Treasury employee Ryan Wunderly.

1

Dated: March 10, 2025
      New York, New York

                                      MATTHEW PODOLSKY
                                      Acting United States Attorney for the
                                      Southern District of New York
                                      *Attorney for Defendants*

                                      /s/ Rebecca S. Tinio
                                      JEFFREY S. OESTERICHER
                                      REBECCA S. TINIO
                                      Assistant United States Attorneys
                                      86 Chambers Street, Third Floor
                                      New York, New York 10007
                                      Telephone: (212) 637-2695/2774
                                      E-mail: jeffrey.oestericher@usdoj.gov
                                                 rebecca.tinio@usdoj.gov