UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STATE OF NEW YORK, *et al.*,

           Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF THE TREASURY *et al.*,

           Defendants.

No. 25 Civ. 1144 (JAV)

---

## ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL OF RECORD AND TERMINATING APPEARANCE

The Court has reviewed the motion filed regarding the withdrawal of Christopher R. Healy as counsel of record for Defendants the Department of the Treasury and Scott Bessent, in his official capacity as Secretary of the Treasury. The Court hereby **GRANTS** the motion. The Clerk of Court is directed to terminate Mr. Healy as attorney of record for those Defendants in the above-captioned case, and terminate ECF No. 110.

SO ORDERED:

DATED: March 11, 2025

                                                      _/s/ Jeannette Vargas_
                                                      HON. JEANNETTE A. VARGAS
                                                      U.S.D.J.