

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

March 14, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *State of New York* et al. *v. Trump* et al., No. 25 Civ. 1144 (JAV)

Dear Judge Vargas:

  This Office represents the defendants in the above-captioned matter. We attach to this letter the March 14, 2025 declarations of Nathaniel Reboja and David Ambrose. Mr. Reboja is the Bureau of the Fiscal Service's Assistant Commissioner for Information and Security Services, as well as its Chief Information Officer, and Mr. Ambrose is the Bureau's Chief Security Officer/Chief Privacy Officer/Acting Chief Information Security Officer. These declarations are intended to provide additional information regarding training and vetting of individuals who are anticipated to access Bureau systems and equipment, as well as information regarding the Bureau's forensic analysis of the activities of former Treasury employee Marko Elez.

  We thank the Court for its consideration of these submissions.

2

        Respectfully,

        MATTHEW PODOLSKY
        Acting United States Attorney for the
        Southern District of New York
        *Attorney for Defendants*

By:  /s/ *Rebecca S. Tinio*_____
      JEFFREY S. OESTERICHER
      REBECCA S. TINIO
      Assistant United States Attorneys
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel.: (212) 637-2695/2774
      E-mail:  jeffrey.oestericher@usdoj.gov
               rebecca.tinio@usdoj.gov

Encls.