# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| State of New York, *et al.* | |
| *Plaintiffs,* | |
| *v.* | Case No. 1:25-cv-1144-JAV |
| U.S. Department of the Treasury, *et. al.* | |
| *Defendants.* | |

I, Kari Mencl, declare under penalty of perjury:

1.  I currently serve as the Chief of Personnel Security in the Office of Security Programs (OSP) in the Office of Intelligence and Analysis (OIA) for the U.S. Department of the Treasury (Treasury).

2.  On March 4, 2025, I submitted a declaration in this case. In paragraph 13 of that declaration, with respect to the security vetting process for Ryan Wunderly (Wunderly), I declared that "[i]t was determined that no background investigation was required because a qualifying background check had already been completed."

3.  I provide this declaration to offer the following additional details with respect to the background check for Wunderly as referenced in my prior declaration: Mr. Wunderly's background check was performed by the Defense Counterintelligence & Security Agency, and it was completed on March 17, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/17/2025

Signed: _____
Kari Mencl
Chief of Personnel Security
Office of Security Programs
United States Department of the Treasury