**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| State of New York, *et al.* | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-1144-JAV |
| U.S. Department of the Treasury, *et. al.* | |
| *Defendants*. | |

I, Mark Vetter, declare under penalty of perjury:

1. I currently serve as the Deputy Assistant General Counsel (Ethics) at the U.S. Department of the Treasury (Treasury), and I also serve as Treasury's Designated Agency Ethics Official (DAEO). I have served in this role since July 2022. I am a career civil servant.

2. In my current role, I oversee, among other things, the day-to-day administration of the agency's ethics program, which includes determining the particular ethics requirements for all Treasury employees, assigning ethics training to all Treasury employees, and assigning forms for completion to all Treasury employees who are required by regulation to complete them.

3. By regulation at 5 C.F.R. § 2638.304(b), all new Treasury employees must complete new employee ethics training within three months of onboarding.

4. I have reviewed the declaration of Michael Wenzler submitted in this case on March 4, 2025. Mr. Wenzler's declaration states, at paragraph 12, "On February 19, 2025, Treasury appointed Ryan Wunderly as Special Advisor for Information Technology and Modernization (Treasury Departmental Offices, Office of the Chief of Staff), under Treasury's authority to establish temporary transitional Schedule C positions. *See* 5 C.F.R. § 213.3302." Paragraph

12 of Mr. Wenzler's declaration further states, "Ryan is not designated as a Special Government Employee."

5. Mr. Wunderly was onboarded at the level GS-11.

6. On February 25, 2025, I notified Mr. Wunderly of his required new employee ethics training, which Mr. Wunderly completed on February 27, 2025.

7. By regulations at 5 C.F.R. Part 2634, the Office of Government Ethics Public Financial Disclosure Form 278 (OGE 278) must be filled out by certain Treasury employees, including those who meet the following criteria: (1) they have been appointed at the GS-5 level or above; (2) they have been appointed under Treasury's authority pursuant to 5 C.F.R. § 213.330 to establish temporary transitional Schedule C positions; and (3) they have not been appointed as a Special Government Employee who is expected to serve a term of 60 days or less. Mr. Wunderly meets the criteria for the OGE 278 requirement. As such, I assigned Mr. Wunderly OGE 278 on February 10, 2025. Mr. Wunderly has until March 21, 2025, 30 days from his onboarding date, to complete the OGE 278, unless an extension is granted for good cause (no such extension has been requested or granted as of today).

8. Mr. Wunderly has complied with all Treasury ethics requirements to date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/17/2025

Signed: _____
Mark Vetter
Deputy Assistant General Counsel (Ethics)
United States Department of the Treasury