UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF THE
TREASURY, *et al.*,

Defendants.

Civil Action No. 25-1144 (JAV)

## DECLARATION OF JANICE BENJAMIN

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

I, Janice Benjamin, declare the following to be a true and correct statement of facts:

1. I am the Deputy Director in the Office of Human Resources at the Departmental Offices of the Department of the Treasury (Treasury). In this capacity, I am responsible for leading and overseeing the development and delivery of the full range of human resources services to managers, supervisors, and employees of Treasury's Departmental Offices. This includes, but is not limited to, appointing, onboarding, and providing executive resources support to Departmental Offices senior executives, senior level executives, non-career executives, Schedule C appointees, and Presidential appointees. I have been employed at Treasury in the Office of Human Resources since April 26, 2020.

2. The purpose of this declaration is to (i) provide an update on the term of Mr. Krause's appointment and (ii) confirm that Ryan Wunderly has completed trainings on the handling and care of sensitive information. The statements made herein are based on my personal

1

knowledge and review of documents and information furnished to me in the course of my official duties.

3. I have reviewed the Declaration of Michael Wenzler, dated March 4, 2025, which states that Thomas Krause was appointed to a Temporary Transition Schedule C position effective February 13, 2025, for a period not to exceed March 24, 2025. Treasury records reflect that effective March 9, 2025, Mr. Krause's appointment was extended for a period not to exceed June 12, 2025.

4. I confirm that Ryan Wunderly was provided DO trainings on the handling and care of sensitive information, including applicable laws, regulations, and policies. Michael Wenzler's March 4, 2025 declaration identifies (and provides descriptions of) the trainings that all current and future Treasury DOGE Team members will be required to complete and states the Mr. Wunderly has completed all of the trainings. As detailed in Mr. Wenzler's declaration, several of these trainings include information on federal regulations and policies governing the handling and care of sensitive information. The Annual Privacy Awareness discusses employee responsibilities to safeguard personally identifiable information (PII), highlighting individual expectations of privacy and identifying the laws that govern individual privacy rights. The annual Cybersecurity Awareness Training covers employees' roles and responsibilities in protecting Treasury-wide systems from cybersecurity risks and threats. The Fundamentals of Records Management Course is designed to help employees know their basic responsibilities for managing Federal records, including the laws, policies and procedures that govern Federal records management. The trainings also cover protecting Treasury from insider threats. In addition, the Safeguarding Federal Tax Information covers the requirements of Section 6103 of the Internal Revenue

Code.

I declare the foregoing to be true and correct, upon penalty of perjury.

Dated: 3/17/25

Signed: _____

Janice Benjamin

Deputy Director

Office of Human Resources, Departmental Offices

Department of the Treasury