# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WISCONSIN, | C.A. No. <u>25-cv-01144</u> |
| | **ORDER FOR ADMISSION** *PRO HAC VICE* |

                    Plaintiffs,

          v.

DONALD J. TRUMP, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF THE UNITED
STATES; U.S. DEPARTMENT OF THE
TREASURY; and SCOTT BESSENT, IN HIS
OFFICIAL CAPACITY AS SECRETARY OF U.S.
DEPARTMENT OF THE TREASURY,

Defendants.

                    Defendants.

The  motion of <u>Jonathan T. Rose</u>, for admission to practice Pro Hac Vice in the

above-captioned  action  is granted.

Applicant  has declared that he is a member in good standing of the bar of the State of

<u>Vermont</u>; and that his contact information is as follows:

Applicant's Name:    <u>Jonathan T. Rose</u>

Address:             <u>109 State Street</u>

City/ State/ Zip:    <u>Montpelier, VT 05609</u>

Telephone/ Fax:  (802) 793-1646 / (802) 828-3187

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of Vermont in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  March 18, 2025

Jeannette A. Vargas
United States District Judge