AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| State of New York et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-01144 |
| Donald J. Trump et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Vermont.

Date: 03/19/2025

/s/ Jonathan T. Rose
*Attorney's signature*

Jonathan T. Rose, pro hac vice
*Printed name and bar number*

Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
*Address*

jonathan.rose@vermont.gov
*E-mail address*

(802) 793-1646
*Telephone number*

(802) 828-3187
*FAX number*