

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

April 4, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *State of New York* et al. *v. Trump* et al., No. 25 Civ. 1144 (JAV)

Dear Judge Vargas:

      This Office represents the defendants in the above-captioned matter, in which defendants' deadline to respond to the plaintiffs' complaint is April 8, 2025. We write respectfully, with plaintiffs' consent, to request an adjournment of defendants' response deadline until 21 days after the Court has ruled on both motions currently pending—plaintiffs' motion for reconsideration, ECF No. 104, and defendants' motion to partially dissolve the preliminary injunction, ECF No. 111. This is defendants' first request for an extension of this deadline. We respectfully submit that adjourning this deadline would serve the interest of efficiency for the Court and for the parties, by forestalling additional proceedings that may be significantly affected by the Court's rulings on the two pending motions. The parties are not currently scheduled to appear before the Court, and the requested extension would not affect any other dates or deadlines in this case.

      We thank the Court for its consideration of this request.

2

        Respectfully,

        MATTHEW PODOLSKY
        Acting United States Attorney for the
        Southern District of New York
        *Attorney for Defendants*

By:  /s/ Rebecca S. Tinio
      JEFFREY S. OESTERICHER
      REBECCA S. TINIO
      Assistant United States Attorneys
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel.: (212) 637-2695/2774
      E-mail:  jeffrey.oestericher@usdoj.gov
                 rebecca.tinio@usdoj.gov