UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
STATE OF NEW YORK, et al.,

                Plaintiffs,                25-CV-01144 (JAV)

    -v-                                  ORDER

DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,

                Defendants.
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On March 24, 2025, the Court granted Defendants' request to extend the deadline for Defendants to submit the report described in the Court's Opinion and Order dated February 21, 2025, to a date to be determined by the Court after the Court had ruled on Defendants' motion to partially dissolve the preliminary injunction and Plaintiffs' motion for reconsideration. ECF No. 132. Similarly, by Order dated April 7, 2025, the Court adjourned Defendants' deadline for responding to the Complaint until 21 days after the Court issued its ruling on the pending motions. ECF No. 137.

On April 11, 2025, the Court denied Plaintiffs' motion for reconsideration and granted Defendants' motion to partially dissolve the preliminary injunction. ECF No. 139. Accordingly, Defendants' response to the Complaint is currently due May 2, 2025.

The Court hereby ORDERS that the Defendants' deadline for responding to the Complaint shall be adjourned *sine dia*.

Defendants are directed to submit the status report regarding the remaining Treasury DOGE Team members by May 5, 2025. The parties are also directed to meet and confer and, by May 9, 2025, submit a joint letter regarding the parties' proposed next steps in this litigation.

The letter should address: (1) whether Plaintiffs intend to file an amended complaint; (2) the proposed deadline for the production of an administrative record; (3) whether either party intends to file a dispositive motion, and the proposed briefing schedule with respect to such motion; (4) the parties' positions with respect to whether discovery is appropriate, and the scope of any such discovery; and (5) any other issues that the Court should consider in determining next steps in this litigation.

    SO ORDERED.

Dated: April 29, 2025                          _____
       New York, New York                    JEANNETTE A. VARGAS
                                                        United States District Judge