

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

May 30, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *State of New York* et al. *v. Trump* et al., No. 25 Civ. 1144 (JAV)

Dear Judge Vargas:

        This Office represents the defendants ("Defendants") in the above-captioned matter. We write pursuant to the Court's Order dated May 12, 2025, directing Defendants to inform the Court by today as to whether they intend to file a dispositive motion regarding Plaintiffs' Amended Complaint. *See* ECF No. 149. Defendants intend to file a dispositive motion. The parties have conferred, and respectfully propose that the Court enter the following agreed briefing schedule:

- Defendants shall file their motion by July 2, 2025.

- Plaintiffs shall file their opposition by July 30, 2025.

- Defendants shall file their reply by August 13, 2025.

        We thank the Court for its consideration of this submission.

        Respectfully,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York
        *Attorney for Defendants*

By:  /s/ *Rebecca S. Tinio*_____
      JEFFREY S. OESTERICHER
      REBECCA S. TINIO
      Assistant United States Attorneys
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel.: (212) 637-2695/2774
      E-mail:  jeffrey.oestericher@usdoj.gov
                rebecca.tinio@usdoj.gov