

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007

May 30, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

      Re:    *State of New York* et al. *v. Trump* et al., No. 25 Civ. 1144 (JAV)

Dear Judge Vargas:

      This Office represents the defendants ("Defendants") in the above-captioned matter. We write pursuant to the Court's Order dated May 12, 2025, directing Defendants to inform the Court by today as to whether they intend to file a dispositive motion regarding Plaintiffs' Amended Complaint. *See* ECF No. 149. Defendants intend to file a dispositive motion. The parties have conferred, and respectfully propose that the Court enter the following agreed briefing schedule:

- Defendants shall file their motion by July 2, 2025.

- Plaintiffs shall file their opposition by July 30, 2025.

- Defendants shall file their reply by August 13, 2025.

      We thank the Court for its consideration of this submission.

2

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By:  /s/ *Rebecca S. Tinio*_____
JEFFREY S. OESTERICHER
REBECCA S. TINIO
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2695/2774
E-mail:  jeffrey.oestericher@usdoj.gov
           rebecca.tinio@usdoj.gov

SO ORDERED:

_____
The Honorable Jeannette A. Vargas
United States District Judge
Dated: June 3, 2025

2