

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

June 27, 2025

**BY ECF**

The Honorable Jeannette A. Vargas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

                    Re:    *State of New York* et al. *v. Trump* et al., No. 25 Civ. 1144 (JAV)

Dear Judge Vargas:

        This Office represents the defendants ("Defendants") in the above-captioned matter.  We write respectfully to request an extension of Defendants' time to file a dispositive motion regarding Plaintiffs' Amended Complaint, from July 2, 2025, to July 18, 2025.  The reason for the request is the need for additional time to consult with Defendants and to prepare and finalize Defendants' motion papers.  This is Defendants' first request for an extension of this deadline, and Plaintiffs consent through counsel.  If the Court is inclined to grant this request, the parties have conferred, and respectfully request entry of the following modified briefing schedule:

- Defendants shall file their motion by July 18, 2025.

- Plaintiffs shall file their opposition by August 22, 2025.

- Defendants shall file their reply by September 8, 2025.

        We thank the Court for its consideration of this submission.

SO ORDERED:

_____
The Honorable Jeannette A. Vargas
United States District Judge
Dated: June 30, 2025

2

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By:    /s/ *Rebecca S. Tinio*_____
JEFFREY S. OESTERICHER
REBECCA S. TINIO
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2695/2774
E-mail:  jeffrey.oestericher@usdoj.gov
            rebecca.tinio@usdoj.gov