UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; and STATE OF WISCONSIN,<br><br>   Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY,<br><br>   Defendants. | Case No. 1:25-cv-01144 (JAV) |

## MOTION FOR WITHDRAWAL OF JOHN D. ECHEVERRIA AS ATTORNEY OF RECORD FOR PLAINTIFF STATE OF CALIFORNIA

Pursuant to Local Civil Rule 1.4(b), Plaintiff State of California and Supervising

Deputy Attorney General John D. Echeverria respectfully hereby move this Court for an

Order for permission to withdraw the appearance of John D. Echeverria as counsel of

record for Plaintiff State of California in this action. Plaintiff State of California will

1

2

continue to be represented by the following additional assigned counsel of record in this action: (1) Michael S. Cohen, Deputy Attorney General; (2) Thomas S. Patterson, Senior Assistant Attorney General; (3) Mark R. Beckington, Supervising Deputy Attorney General; (4) Nicholas R. Green, Deputy Attorney General; and (5) Jay C. Russell, Deputy Attorney General.  The proposed withdrawal of John D. Echeverria as counsel of record for Plaintiff State of California will not impact any existing court deadlines or dates in this matter, nor will it involve assertion of a retaining or charging lien.

Dated: July 10, 2025                                          Respectfully submitted,

                                                                                 *s/ John D. Echeverria*

                                                                                 JOHN D. ECHEVERRIA (*Pro Hac Vice*)
                                                                                   *Supervising Deputy Attorney General*
                                                                                 CALIFORNIA DEPARTMENT OF JUSTICE
                                                                                 Office of the California Attorney General
                                                                                 455 Golden Gate Avenue, Suite 11000
                                                                                 San Francisco, CA  94102-7004
                                                                                 Telephone: (415) 510-3479
                                                                                 Fax: (415) 703-1234
                                                                                 Email: John.Echeverria@doj.ca.gov

                                                                                 *Attorney for Plaintiff State of California*

2