UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STATE OF NEW YORK, *et al.,*

          Plaintiffs,

  - against –

DONALD J. TRUMP, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF THE
UNITED STATES*, et al.,*

          Defendants.

**No. 25 Civ. 1144 (JAV)**

**<u>NOTICE OF MOTION</u>**

---

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the First Amended Complaint, dated July 24, 2025, Defendants hereby move this Court before the Honorable Jeannette A. Vargas, on September 15, 2025, or as soon thereafter as they may be heard, for an Order dismissing the First Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: July 24, 2025
        New York, New York

BRETT A. SHUMATE
Assistant Attorney General
Civil Division


ALEXANDER K. HAAS
Director
Federal Programs Branch


*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

JAY CLAYTON
United States Attorney

By: */s/ Jeffrey Oestericher*
JEFFREY OESTERICHER
REBECCA S. TINIO
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: (212) 637-2695/2774
Email: jeffrey.oestericher@usdoj.gov
        rebecca.tinio@usdoj.gov