UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
State of New York, *et al.*,

        Plaintiffs,

    v.

Donald J. Trump, *et al.*,

        Defendants.
------------------------------------------------------------ x

25 Civ. 1144 (JAV)

**NOTICE OF APPEAL**

    All defendants appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order granting a preliminary injunction entered on February 21, 2025 [ECF No. 76]; the Opinion and Order modifying the preliminary injunction entered on April 11, 2025 [ECF No. 139]; and the Memorandum Opinion and Order denying dissolution of the preliminary injunction and modifying the preliminary injunction entered on May 27, 2025 [ECF No. 156].

Dated:    New York, New York
             July 28, 2025

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:    /s/ Rebecca S. Tinio
        Rebecca S. Tinio
        Jeffrey S. Oestericher
        Assistant United States Attorneys
        86 Chambers Street
        New York, New York  10007
        Telephone: (212) 637-2774/2695
        E-mail:  rebecca.tinio@usdoj.gov
                   jeffrey.oestericher@usdoj.gov