

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

September 15, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *State of New York* et al. *v. Trump* et al., No. 25 Civ. 1144 (JAV)

Dear Judge Vargas:

    This Office represents the defendants ("Defendants") in the above-captioned matter. We write respectfully to request, on consent, an enlargement of the word limit applicable to Defendants' reply memorandum of law in further support of their motion to dismiss the amended complaint, from 3,500 words to 4,250 words. Defendants' reply memorandum is due to be filed today, and although Defendants are endeavoring to streamline their submission as much as possible, the requested enlargement would allow them to fully address the complex issues in the case, including those raised by Plaintiffs in their opposition. Plaintiffs consent to this request.

    We thank the Court for its consideration of this submission.

                               Respectfully,

                                 JAY CLAYTON
                               United States Attorney for the
                               Southern District of New York
                               *Attorney for Defendants*

            By:    */s/ Rebecca S. Tinio*_____
                    JEFFREY S. OESTERICHER
                    REBECCA S. TINIO
                    Assistant United States Attorneys
                    86 Chambers Street, Third Floor
                    New York, NY 10007

Tel.: (212) 637-2695/2774
E-mail:  jeffrey.oestericher@usdoj.gov
             rebecca.tinio@usdoj.gov

2