UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                        Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF THE<br>TREASURY *et al.*,<br><br>                        Defendants. | No. 25 Civ. 1144 (JAV) |

**MOTION FOR WITHDRAWAL OF APPEARANCE OF REBECCA S. TINIO AS ATTORNEY OF RECORD FOR DEFENDANTS DEPARTMENT OF THE TREASURY AND SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY**

Pursuant to Local Civil Rule 1.4, Defendants respectfully move this Court for permission to withdraw the appearance of Rebecca S. Tinio as counsel of record for Defendants the Department of the Treasury, and Scott Bessent, in his official capacity as Secretary of the Treasury, in the above-captioned case. All Defendants will continue to be represented by Jeffrey S. Oestericher, Assistant United States Attorney in the United States Attorney's Office for the Southern District of New York. The proposed withdrawal will not affect any deadlines or court dates in this matter, nor will it involve assertion of a charging or retaining lien.

Dated:  November 26, 2025
       New York, New York

                    JAY CLAYTON
                    United States Attorney for the
                    Southern District of New York
                    *Attorney for Defendants*

                    /s/ Rebecca S. Tinio
                    JEFFREY S. OESTERICHER
                    REBECCA S. TINIO
                    Assistant United States Attorneys
                    86 Chambers Street, Third Floor
                    New York, New York 10007
                    Telephone: (212) 637-2695/2774
                    E-mail: jeffrey.oestericher@usdoj.gov
                                    rebecca.tinio@usdoj.gov

cc: All counsel of record (by ECF)