UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

NEW YORK, et al.,

                          Plaintiffs,          :           25-CV-1144 (JAV)

               -v-                   :           <u>ORDER</u>

DONALD TRUMP, et al.,

                       Defendants.    :

------------------------------------------------------------------- X

JEANNETTE A. VARGAS, United States District Judge:

Plaintiffs in this case allege that the U.S. Department of Treasury ("Treasury") provided members of the Department of Government Efficiency ("DOGE") team established at Treasury ("Treasury DOGE Team") access to the Bureau of Fiscal Services ("BFS") payment systems without adherence to federally mandated information security policies. ECF No. 155, ¶¶ 8-11. They further allege that the Treasury DOGE Team has used automated systems to pause and potentially block disbursement of appropriated funds on ideological grounds. *Id.*, ¶ 12. Plaintiffs seek declaratory and injunctive relief under the Administrative Procedures Act and the Declaratory Judgment Act. *Id.*

On January 20, 2025, President Donald Trump issued Executive Order 14,158, entitled Establishing and Implementing the President's "Department of Government Efficiency." Exec. Order 14,158, 90 Fed. Reg. 8441 (Jan. 29, 2025). Pursuant to that Executive Order, DOGE was scheduled to terminate on July 4, 2026. *Id.*, § 3(b). It thus appears that DOGE may no longer be in existence.

By **July 21, 2026,** the parties shall each submit a letter to the Court stating whether, in light of the apparent dissolution of DOGE, there are any live issues remaining in this case, or whether some or all of Plaintiffs' claims for declaratory and injunctive relief are now moot.

SO ORDERED.

Dated:  July 7, 26
      New York, New York

           JEANNETTE A. VARGAS
           United States District Judge