UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, *et al.,*

Plaintiffs,

v.

Civil Action No. 25-1144 (JAV)

U.S. DEPARTMENT OF THE
TREASURY, *et al.,*

Defendants.

### DECLARATION OF ELAINE J. RIGAS

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

I, Elaine J. Rigas, declare the following to be a true and correct statement of facts:

1. I am the Acting Associate Chief Human Capital Officer for Executive and Human Capital Services at the Departmental Offices of the Department of the Treasury (Treasury). In this capacity, I am responsible for leading and overseeing the development and delivery of the full range of human resources services to managers, supervisors, and employees of Treasury's Departmental Offices. This includes, but is not limited to, appointing, on boarding, and providing executive resources support to Departmental Offices senior executives, senior level executives, non-career executives, Schedule C appointees, and Presidential appointees. I have held this position since April 19, 2026. Prior to this role, I served as senior advisor to the Assistant Secretary for Management.

2. The purpose of this declaration is to provide an update on the status of the Department of Government Efficiency (DOGE) team at Treasury (Treasury DOGE Team) since the

1

expiration of Executive Order 14210, *Establishing and Implementing the President's "Department of Government Efficiency"* (EO). The statements made herein are based on my personal knowledge and review of documents and information furnished to me in the course of my official duties.

3. As previously stated in Daniel Katz's (Katz) April 24, 2025 declaration (ECF No. 143), all Treasury DOGE Team members were Treasury employees. There is no current DOGE reporting structure, and the Treasury DOGE Team no longer exists. The employment dates for the former Treasury DOGE Team are as follows:

   a. Thomas H. Krause, Jr.: January 23, 2025 – June 6, 2025

   b. Marko Elez: January 21, 2025 – February 6, 2025

   c. Linda Whitridge: February 25, 2025 – June 6, 2025

   d. Ryan Wunderly: February 19, 2025 – August 20, 2025

   e. Gavin Kliger: February 13, 2025 – on or around April 17, 2025

   f. Samuel Corcos: Began at Treasury on February 28, 2025. On May 2, 2025, Corcos was appointed to the position of Deputy Assistant Secretary for Information Systems and Chief Information Officer (CIO). Currently, Corcos serves as Treasury's CIO, reporting to the Assistant Secretary for Management.

   g. Todd Newnam: Began at Treasury on March 6, 2025. He transferred to the Internal Revenue Service (IRS) on February 25, 2026, and currently serves as the Chief Financial Officer, reporting to Frank Bisignano, the Chief Executive Officer for the IRS.

4. Neither Corcos nor Newnam is a Special Government Employee.

2

I declare the foregoing to be true and correct, upon penalty of perjury.

Dated: 7/21/2026          Signed

Elaine J. Rigas

Acting Associate Chief Human Capital Officer

Executive and Human Capital Services Department

of the Treasury