# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY,<br><br>Defendants. | C.A. No. 1:25-CV-01144-JAV<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and enters his appearance as counsel in this matter for the State of Minnesota in substitution for Elizabeth Kramer, who is no longer with the Minnesota Attorney General's Office. All pleadings, notices, orders, and other documents in this matter should be directed to the substituting counsel as set forth in the signature block below.

Dated:  August 6, 2026

KEITH ELLISON
Attorney General
State of Minnesota

**/s/ Joseph R. Richie**
JOSEPH R. RICHIE
Special Counsel

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-0921 (Voice)
(651) 282-5832 (Fax)
Joseph.Richie@ag.state.mn.us

*Attorney for the State Of Minnesota*

2