UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STATE OF NEW YORK, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY, *et al.,*<br><br>Defendants. | Civil Action No. 25-1144 (JAV) |

### DECLARATION OF ELAINE J. RIGAS

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

I, Elaine J. Rigas, declare the following to be a true and correct statement of facts:

1. I am the Acting Associate Chief Human Capital Officer for Executive and Human Capital Services at the Departmental Offices of the Department of the Treasury (Treasury). In this capacity, I am responsible for leading and overseeing the development and delivery of the full range of human resources services to managers, supervisors, and employees of Treasury's Departmental Offices. This includes, but is not limited to, appointing, on boarding, and providing executive resources support to Departmental Offices senior executives, senior level executives, non-career executives, Schedule C appointees, and Presidential appointees. I have held this position since April 19, 2026. Prior to this role, I served as senior advisor to the Assistant Secretary for Management.

2. I submitted a declaration in the above-captioned matter on Tuesday, July 21, 2026 (Dkt. No. 185) in support of the letter filed in response to the Court's July 7, 2026 order directing the

1

parties to state "whether, in light of the apparent dissolution of DOGE, there are any live issues remaining in the case, or whether some or all of Plaintiffs' claims for declaratory and injunctive relief are now moot." Dkt. No. 180. I provide this declaration to make a small correction to my declaration.

3. My July 21 declaration stated, in paragraph 2, that Executive Order (EO) 14210 expired. This is the incorrect EO that relates to the Department of Government Efficiency (DOGE). The correct EO related to DOGE that expired is EO 14158, *Establishing and Implementing the President's "Department of Government Efficiency."*

4. I apologize to the Court for the inadvertent error.

I declare the foregoing to be true and correct, upon penalty of perjury.

Dated: 8/4/26

Signed_____

Elaine J. Rigas

Acting Associate Chief Human Capital Officer

Executive and Human Capital Services Department

of the Treasury

2