**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; U.S. DEPARTMENT OF THE TREASURY; and SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE TREASURY,<br><br>Defendants. | Case No. 1:25-cv-01144-JAV |

**MOTION FOR WITHDRAWAL OF DAVID D. DAY AS ATTORNEY OF RECORD FOR PLAINTIFF STATE OF HAWAII**

Pursuant to Local Civil Rule 1.4(b), and having provided notice to the State of Hawaiʻi, the undersigned attorney, David D. Day, is hereby withdrawn as counsel for Plaintiff State of Hawaiʻi in the above-captioned matter. The State of Hawaiʻi will continue to be represented by counsel of record State of Hawaiʻi Solicitor General Kalikoʻonālani D. Fernandes.. The proposed withdrawal of David D. Day as counsel of record for Plaintiff State of Hawaii will not

impact any existing court deadlines or dates in this matter, nor will it involve assertion of a retaining or charging lien.

DATED: August 19, 2026

Respectfully submitted,

/s/ *David D. Day*

DAVID D. DAY (*Pro Hac Vice*)

**CERTIFICATE OF SERVICE**

I HEREBY CERITIFY that on August 19, 2026, a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system.

DATED: August 19, 2026.

/s/ David D. Day
DAVID D. DAY (*Pro Hac Vice*)