UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK, ET AL.,

Plaintiff,

-against-

DONALD TRUMP, ET AL.,

Defendant.

25 CIVIL 01144 (JAV)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated September 23, 2026, the Court dismisses the Access Claims as moot. The Court GRANTS the Government's motion to dismiss the remaining claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; accordingly, the case is closed.

**Dated:** New York, New York
September 25, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**