1:25-cv-01144-JAV

# MANDATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/5/2026

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of October, two thousand twenty-six,

---

State of New York, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Hawaii, State of Illinois, State of Maine, State of Maryland, Commonwealth of Massachusetts, State of Minnesota, State of Nevada, State of New Jersey, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Wisconsin,

Plaintiffs - Appellees,

v.

Donald J. Trump, in his official capacity as President of the United States, United States Department of the Treasury, Scott Bessent, in his official capacity as Secretary of the Treasury,

Defendants - Appellants.

---

**ORDER**
Docket No. 25-1860

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES COURT OF APPEALS SECOND CIRCUIT

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES COURT OF APPEALS SECOND CIRCUIT

Catherine O'Hagan Wolfe

MANDATE ISSUED ON 10/05/2026